UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 81-0306 (PLF) |
| v. ) | |
| ) | |
| JOHN W. HINCKLEY, JR., ) | |
| ) | |
| Defendant. ) | |

ORDER

On June 1, 2005, the parties came before the Court for a status conference. At that time, the Court established a schedule in connection with Mr. Hinckley's motion for enlargement of terms of conditional release, which is set forth below. Counsel for Mr. Hinckley also noted that Mr. Hinckley will complete his six allotted visits in the near future. Because the hearing in this case will not take place until September, counsel for Mr. Hinckley requested that Mr. Hinckley be allowed additional visits in the same format and under the same conditions as those permitted by this Court's November 24, 2004 Opinion and Order. The government raised no new arguments in opposition to this request, but rather rested on its previous arguments, which this Court has already rejected. The Court will therefore permit Mr. Hinckley additional visits, of no specific number, to continue under the same conditions and strictures as were enumerated in this Court's November 24, 2005 Order. These visits may continue until such time as the Court rules on Mr. Hinckley's current motion for enlargement of the terms of his conditional release. Accordingly, it is hereby

ORDERED that the Hospital shall file its response to Mr. Hinckley's petition under D.C. Code § 24-501(k) and, if it deems appropriate, its own petition under § 24-501(e) on the earlier of (a) two weeks following Mr. Hinckley's sixth visit or (b) August 12, 2005; the government's experts shall file their reports on or before August 31, 2005; it is

FURTHER ORDERED that the government shall produce the Secret Service surveillance logs to the Hospital and to counsel for Mr. Hinckley no later than August 1, 2005; should the Hospital need the logs sooner, it shall so inform the government; it is

FURTHER ORDERED that the parties shall appear for a motions hearing beginning on September 19, 2005 at 9:30 a.m. and continuing for three or four days; and it is

FURTHER ORDERED that Mr. Hinckley is permitted additional visits, of no specific number, to continue under the same conditions and strictures as were enumerated in this Court's November 24, 2005 Order.  These visits may continue until such time as the Court rules on Mr. Hinckley's current motion for enlargement of the terms of his conditional release.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 6, 2005

cc:   Tanya Robinson, Esq.
      D.C. Corporation Counsel's Office
      64 New York Avenue, NE
      Washington, DC 20002
      FAX 202-673-7053