DEPARTMENT OF HEALTH & HUMAN SERVICES

National Institute of Mental Health

Saint Elizabeths Hospital
Washington, D.C 20032

April 15, 1987

Our Reference: CCS/FOR/TJP John Hinckley #123,173
Your Reference: Criminal Case No.81-306

The Clerk
Criminal Division
United States District Court
for the District of Columbia
United States Courthouse
Washington, D. C. 20001

Dear Sir:

We wish to call to your attention the case of John Hinckley, who was admitted to Saint Elizabeths Hospital by Court order on June 22, 1982, pursuant to the provisions of Title 24, Section 301(d)(1) of the D. C. Code until such time as he is ordered released pursuant to Title 24, Section 301(d)(2) or Title 24, Section 301(e) of the D. C. Code after having been found not guilty by reason of insanity on multiple charges involving his assassination attempt on the life of President Reagan as well as the shooting of Press Secretary James Brady and assault on other federal and police agents.

Reference is made to our letter to the Court dated March 23, 1987, in which the Hospital recommended that Mr. Hinckley be allowed a visit with his family and friends over the Easter Holiday at a day, time, and place agreed upon by the Hospital. A Hearing was set for April 13, 1987, to consider the Hospital's request. The Hearing was continued to April 15, 1987.

For administrative reasons and in order to further assess the clinical significance of writings and other materials belonging to Mr. Hinckley which were heretofore unexamined by the hospital staff, the Superintendent of Saint Elizabeths Hospital respectfully requests that the recommendation for an Easter visit for Mr. Hinckley be withdrawn at this time.

Sincerely yours,

William G. Prescott, M.D.
Superintendent

By: [signature]
David M. Powell, Ph.D.
Acting Director, Forensic Programs

[signature]
Raymond F. Patterson, M.D.
Medical Director
Division of Forensic Programs

Page - 2 - The Clerk, United States District Court

cc:
United States Attorney
of the District of Columbia
United States Courthouse
Washington, D. C.   20001

Special Proceedings
Judiciary Center
Room 4229
555 4th Street, NW.
Washington, D. C.   20001

Vincent Fuller, Esquire
Firm of William & Connelly
839 - 17th Street, NW.
Washington, D. C.