Honorable Barrington D. Parker
United States District Judge
United States Courthouse
3rd St. & Constitution Ave., N.W.
Washington, D.C.  20001

                Re:  United States v. John W. Hinckley, Jr.
                    Criminal Case No. 81-306

Dear Judge Parker:

    In our July 19, 1988 letter to the Court we indicated the plan of the Hospital to include John Hinckley in a therapeutic recreational activity off the hospital grounds, accompanied by staff. Due to recent materials received by the Forensic Services Administration's Administrator, late on the evening of August 11th, 1988, the Forensic Services Administration has determined that further clinical assessment by Mr. Hinckley's treatment staff is necessary before it would permit him to participate in such an accompanied off-grounds activity. Therefore, the Hospital no longer plans to include Mr. Hinckley in the upcoming recreational activity in the community, and we are therefore requesting that the hearing set for today be cancelled.

    In accordance with the April 24, 1987 stipulation signed by Your Honor, the Forensic Services Administration will give notice of any future intention to include Mr. Hinckley in such an activity at the time any such future plan is developed.

                                      Respectfully yours,

                                      Raymond F. Patterson, M.D.
                                      Administrator,
                                      Forensic Services Administration

cc:  Robert R. Chapman, Esquire
      Vincent Fuller, Esquire