IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) August 12, 1988 |
| | ) 6th Floor |
| | ) Courtroom 19 |
| vs. | ) U.S. Court House |
| | ) Washington, D.C. |
| John W. Hinckley, Jr., | ) Criminal Action No. |
| Defendant. | ) 81-306 |

Before the Honorable Barrington D. Parker,
United States District Judge, commencing at
10:20 a.m.

Reported by:

Barbara J. Evans

DAWN COPELAND, Official Reporter
Room 6810, United States Court House
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001
(202) 535-3482

Betz & Strouse, Inc.

```
 1                    A P P E A R A N C E S
 2
 3
 4    On behalf of the United States:
 5         Jay B. Stephens, U.S. Attorney
 6         Robert R. Chapman, Assistant U.S. Attorney
 7         Thomas E. Zeno, Assistant U.S. Attorney
 8
 9
10    On behalf of the Defendant:
11         Vincent J. Fuller, Esquire
12         Judith Miller, Esquire
13
14
15    On behalf of Saint Elizabeth Hospital:
16         Ann O'Regan Keary, Esquire
17         Janet Maher, Esquire
18
19
20    Also present:
21         Raymond Patterson, M.D.
22         Joseph Hennebery
23
24
25
```

1           P R O C E E D I N G S
2                   -   -   -   -

3           (In the jury room.)
4           THE COURT: I don't know whether this is
an illustration of Murphy's Law or not but we do
have a problem here, not too much of a problem.
What I plan to do -- well, Mr. Hennebery, who is
speaking for the hospital?
9           DR. PATTERSON: I am.
10          THE COURT: What would you like to say?
11          DR. PATTERSON: At this point our letter
to your Honor this morning outlines our concerns and
we received the information, as it states, last
evening, that causes us to take very clear --
15          THE COURT: Just a second. Call the case
and get on the record, identify the parties.
17          THE CLERK: Criminal Action Number 81-306,
United States versus John W. Hinckley, Jr. For the
government, Jay B. Stephens, Robert R. Chapman and
Thomas E. Zeno. For the defendant, Vincent J.
Fuller and Judith Miller. From corporation counsel
Ann Keary and Janet Maher.
23          THE COURT: Ms. Keary, identify who is
here from the hospital?
25          MS. KEARY: Raymond Patterson, the

1   director of Forensic Service Department and Mr.
2   Hennebery, his assistant.
3           THE COURT:  What do you wish to say?
4           DR. PATTERSON:  We have offered a letter
5   to the court this morning advising of us being in
6   receipt of information last evening that causes us
7   to not want to proceed with extending this
8   particular privilege to Mr. Hinckley at this time.
9   The information is of clinical significance and also
10  of a security significance such that we believe it
11  is not indicated for us to go forward, and for that
12  reason we have requested the hearing be canceled
13  this morning with regard to specific indications of
14  that privilege.
15          THE COURT:  Is there anything anybody
16  wishes to add to it?
17          DR. PATTERSON:  I would like to put on the
18  record that we would like to thank the U.S.
19  Attorney's office and the Secret Service as well as
20  the defense attorneys for getting this information
21  to us which has helped us in our overall perception.
22          THE COURT:  I can say, I was asking my
23  clerk when we did receive this last group of
24  hospital records, from the hospital, I think they
25  were logged in one day -- today is Friday.  They

*Betz & Strouse, Inc.*

1  were logged in one day this week, and I did discuss
2  it with them, and I was very much aware of what had
3  happened in terms of this correspondence and Jodie
4  Foster, and I carried it home with me last night and
5  that is the notes that had been prepared and looked
6  at it with more specificity. And I -- before you
7  gentlemen -- before counsel came in, I had Mr.
8  Fuller and Ms. Miller in chambers, and I said this
9  almost is a rerun of what happened back in the
10 spring of 1987.
11         Well, what I can do then, Doctor, well, or
12 you Ms. Keary depending on how you want to handle it,
13 I will let you or Dr. Patterson make the
14 representation and I will just say I will vacate the
15 orders that I have heretofore entered scheduling
16 this matter for a hearing, and the court is
17 adjourned.
18         MR. STEPHENS: Your Honor, we would have
19 two brief procedural matters to raise, one is with
20 regard to the motion for access to the sealed
21 materials, and the other is just a brief advice to
22 the court regarding the matters we filed with the
23 court last night.
24         THE COURT: What did you file with the
25 court last night?

1       MR. STEPHENS: The additional papers that
2  were provided to the court, the letters that were
3  obtained from the West Coast.
4       THE COURT: Oh yes, oh yes. Mr. Fuller,
5  are you prepared to argue the other motion?
6       MR. FULLER: Yes, your Honor.
7       THE COURT: All right. I will hear you on
8  that. Very well. I will hear you as soon as you
9  get your chairs underneath the table out there.
10      (Brief recess -- 10:25 a.m.)
11      (After recess -- 10:30 a.m.)
12      (In open court.)
13      THE COURT: Good morning, counsel.
14      THE CLERK: Criminal Action Number 81-306,
15 United States versus John W. Hinckley, Jr. For the
16 government Jay B. Stephens, Robert R. Chapman and
17 Thomas E. Zeno. For the defendant Vincent J. Fuller
18 and Judith Miller. From corporation counsel Ann
19 Keary and Janet Maher.
20      THE COURT: Ms. Keary, would you and Dr.
21 Patterson come forward.
22      MS. KEARY: Good morning, your Honor.
23      THE COURT: Good morning. Ms. Keary would
24 you introduce yourself.
25      MS. KEARY: Yes, your Honor. Ann O'Regan

Case 1:81-cr-00306-PLF   Document 259-5   Filed 04/27/07   Page 7 of 9

7

1  Keary, office of corporation counsel, mental health
2  division, here on behalf of the Forensic Services
3  Administration at Saint Elizabeth Hospital.
4      THE COURT:  Would you introduce yourself.
5      DR. PATTERSON:  Raymond Patterson, the
6  Forensic Services Administrator from the Forensic
7  Services Administration for the District of the
8  Columbia.
9      THE COURT:  Do you wish to make a
10 representation to the court?
11     DR. PATTERSON:  I would like to read the
12 letter that we have authored this morning to your
13 Honor.  It is our statement of our current situation.
14     It reads, Dear Judge Parker:  In our July
15 19, 1988 letter to the court, we indicated the plan
16 of the hospital to include John Hinckley in a
17 therapeutic recreational activity off the hospital
18 grounds accompanied by staff.  Due to recent
19 materials received by Forensic Services
20 Administration's administrator late on the evening
21 of August 11, 1988, the Forensic Services
22 Administration has determined that further clinical
23 assessment by Mr. Hinckley's treatment staff is
24 necessary before it would permit him to participate
25 in such an accompanied offgrounds activity.

1      Therefore, the hospital no longer plans to
2 include Mr. Hinckley in the upcoming recreational
3 activity in the community, and we are therefore
4 requesting that the hearing set for today be
5 canceled.
6      In accordance with the April 24, 1987
7 stipulation signed by your Honor, Forensic Services
8 Administration will give notice of any future
9 intention to include Mr. Hinckley in such an
10 activity at the time any such future plan is
11 developed.
12      And that is authored by myself.
13      THE COURT:  All right.  Does any counsel
14 wish to make any comment or observation relative to
15 this letter?  Relative to this submission?
16      MR. FULLER:  Nothing here, your Honor.
17      MR. STEPHENS:  Nothing on behalf of the
18 United States, your Honor.
19      THE COURT:  All right.  The request will
20 be granted and I will enter an order vacating the
21 schedule of hearings, there were two scheduling
22 orders entered by the court.  One was for today and
23 an earlier one was for earlier this month.  The
24 previous one was for earlier this month.  I will
25 vacate those orders, thank you very much.

1            DR. PATTERSON: Thank you, your Honor.

2            MS. KEARY: Thank you, your Honor.

3            THE COURT: Mr. Chapman, did you or your
4    superior wish to make any representation to the
5    court?

6            MR. CHAPMAN: Yes, your Honor.

7            MR. STEPHENS: Yes, your Honor. Your
8    Honor, Jay B. Stephens, United States Attorney for
9    the District of Columbia, may it please the court we
10   would like to address the court with regard to two
11   procedural matters. We have pending before the
12   court a motion for access to sealed materials which
13   were previously sealed from Mr. Hinckley's cell in
14   Saint Elizabeth's Hospital. In view of the
15   cancellation of the court we would ask the court to
16   hold ruling in abbeyance in that matter.

17           THE COURT: I thought you wanted to argue
18   that?

19           MR. STEPHENS: We wish to hold it in
20   abbeyance. There is no action necessary at this
21   time. We wanted to bring that to the court's
22   attention.

23           THE COURT: All right.

24           MR. STEPHENS: There is a second matter.
25   As you are aware, in anticipation of an open court

*Betz & Strouse, Inc.*