UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
**UNITED STATES OF AMERICA**    )
                                )
        v.                      )
                                )   Criminal No. 81-CR-306 (PLF)
**JOHN W. HINCKLEY, JR.**       )
                                )
        **Defendant.**          )
_____ )

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Mark A. Aziz, Assistant United States Attorney for the District of Columbia at telephone number (202) 252-7846, hereby informs the Court that the following counsel are withdrawn and no longer associated with the case: Sarah Townsend Chasson and Nihar Ranjan Mohanty.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

_____/s/_____
MARK A. AZIZ
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7846
Mark.Aziz@usdoj.gov
New York Bar