UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                        )
UNITED STATES OF AMERICA                )
                                        )
                                        )
        v.                              )        Criminal No. 81-0306 (PLF)
                                        )
JOHN W. HINCKLEY, JR.,                  )
                                        )
        Defendant / Petitioner.         )
_____ )


SCHEDULING ORDER

        This matter is before the Court pursuant to this Court's order [Dkt. No. 622] of

July 27, 2016, granting John Hinckley full-time convalescent leave in Williamsburg, Virginia,

with certain conditions.  Paragraph 32 of that order requires Saint Elizabeths Hospital to conduct

an updated risk assessment after Mr. Hinckley has been on convalescent leave for twelve to

eighteen months.  An updated risk assessment has not yet been conducted, however, due to

unforeseen scheduling delays beyond the parties' and the hospital's control.  Having discussed

the matter with counsel for the parties and representatives of the hospital at a status conference

held on April 30, 2018, and having considered their proposals and representations made during

that meeting and via subsequent emails, and in light of the entire record in this case, it is hereby

        ORDERED that Dr. Samantha Benesh shall submit a risk assessment report on or

before July 27, 2018; it is

        FURTHER ORDERED that Saint Elizabeths Hospital shall submit its Section

501(e) letter on or before August 30, 2018; it is

FURTHER ORDERED that Dr. Raymond Patterson shall submit a response to Dr. Benesh's risk assessment report on or before October 17, 2018; it is

FURTHER ORDERED that the United States shall submit its reply to the Section 501(e) letter on or before November 16, 2018; and it is

FURTHER ORDERED that the parties shall submit on or before May 14, 2018, a joint notice indicating their availability for a hearing on the matter of Mr. Hinckley's conditions of convalescent leave.  The Court is available for a hearing on November 26, 28, 29, and 30 and during the weeks of December 3, 10, and 17.  The Court notes that defense counsel has reserved the right to seek an extension of these deadlines should Mr. Hinckley wish to retain his own expert to submit a responsive report or file a written brief in support of his request.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  May 3, 2018