UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v.   ) <br> ) <br> **JOHN W. HINCKLEY, JR.,** ) <br> ) <br> Defendant/Petitioner. ) | Criminal No. 81-0306 (PLF) |

## JOINT STATEMENT

Pursuant to the Court's Scheduling Order filed in this case on May 3, 2018 [Dkt. #649], the United States and counsel for Mr. Hinckley have conferred with each other and potential witnesses in the case and are available for a hearing commencing on December 10, 2018.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar Number 472845

MARGARET J. CHRISS
Chief, Special Proceedings Division
D.C. Bar No. 452403

/s/ *Colleen M. Kennedy*
Colleen M. Kennedy
Assistant United States Attorney
D.C. Bar No. 354423
United States Attorney's Office
555 Fourth Street, NW
Special Proceedings Division
Washington, D.C. 20530
Colleen.Kennedy@usdoj.gov

/s/ *Kacie Weston*
KACIE WESTON
Assistant United States Attorney
MD Bar
United States Attorney's Office
555 Fourth Street, NW
Washington, D.C. 20530
Kacie.Weston@usdoj.gov