UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | Criminal No. 81-306 (PLF) |
| v.   : | |
| : | |
| JOHN W. HINCKLEY, JR.   : | |

## ORDER

Upon consideration of the government's motion to permit its expert to conduct a mental examination of Mr. Hinckley, conduct psychological testing, conduct collateral interviews and to review records and materials in possession of the Department of Behavioral Health concerning Mr. Hinckley, it is this 17th day of August, 2018,

ORDERED that Dr. Mitchell Hugonnet, may conduct such examination of John W. Hinckley, Jr., in Williamsburg, Virginia as he deems appropriate in order to determine Mr. Hinckley's present mental condition and risk of dangerousness if unconditionally released or conditionally released under the conditions proposed by the Department of Behavioral Health.

IT IS FURTHER ORDERED that Dr. Hugonnet may bring and use audio recording devices and laptop computers during his examination.

IT IS FURTHER ORDERED that the Department of Behavioral Health shall provide Dr. Hugonnet with copies of all Mr. Hinckley's records and cooperate with Dr. Hugonnet's request for collateral interviews.

_____
PAUL L. FRIEDMAN
United States District Judge