**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| | **Criminal Action** |
| **Plaintiff,** | **No. 1:81-cr-306** |
| **vs.** | **Washington, DC** |
| | **November 16, 2018** |
| **JOHN W. HINCKLEY, JR.,** | **11:37 a.m.** |
| **Defendant.** | |
| _____/ | |

**TRANSCRIPT OF STATUS CONFERENCE HEARING**
**BEFORE THE HONORABLE PAUL L. FRIEDMAN**
**UNITED STATES DISTRICT JUDGE**

**APPEARANCES:**

| | |
|---|---|
| **For the Government:** | **KACIE M. WESTON** |
| | U.S. Attorney's Office |
| | District of Columbia |
| | 555 Fourth Street, NW |
| | Washington, DC 20530 |
| | |
| **For the Defendant:** | **BARRY W. LEVINE** |
| | Blank Rome, LLP |
| | 1825 Eye Street, NW, Suite 1200 |
| | Washington, DC 20006 |
| | |
| **For St. Elizabeths:** | **LAUREN HNATOWSKI** |
| | St. Elizabeths Hospital |
| | 1100 Alabama Avenue, SE |
| | Washington, DC 20032 |
| | |
| **Court Reporter:** | **JEFF M. HOOK** |
| | Official Court Reporter |
| | U.S. District & Bankruptcy Courts |
| | 333 Constitution Avenue, NW |
| | Room 4700-C |
| | Washington, DC  20001 |

1        **P R O C E E D I N G S**

2              **THE COURTROOM DEPUTY:**  This is criminal action

3        81-306, the United States of America versus John W.

4        Hinckley, Jr.  The interested party is St. Elizabeths

5        Hospital.

6              Will the parties please step forward to the podium

7        and state your appearances for the record.

8              **MS. WESTON:**  Good morning, your Honor.  Kacie

9        Weston on behalf of the United States.

10             **THE COURT:**  Good morning, Ms. Weston.

11             **MR. LEVINE:**  Good morning, your Honor.  If it

12       please the Court, Barry Levine on behalf of Mr. Hinckley.

13             **THE COURT:**  Good morning, Mr. Levine.  And

14       someone's here from the hospital?

15             **MR. LEVINE:**  Yes, your Honor.  Ms. Lauren is here.

16       I have a difficult time --

17             **THE COURT:**  Ms. Hnatowski?

18             **MR. LEVINE:**  Yes, she's here.  She mentioned just

19       before you took the bench that she had to make a call.

20             **THE COURT:**  Okay.  Ms. Hnatowski, just wanted to

21       make sure you're here.

22             **MS. HNATOWSKI:**  I'm here.  Thank you, your Honor.

23             **THE COURT:**  We're here for a status conference.

24       I'm standing because I've been having some serious back

25       problems for the last month or so.  It's worse than ever,

1     but I'm feeling good today.  But sitting is a problem.

2          So let me just -- if I may, you all requested a

3     status conference, so let me just sort of set the stage for

4     where I think we have been, and you all can correct me if

5     I'm wrong.  Back in July of 2016, we had had a hearing I

6     think which was actually in 2015.  But in 2016, in July I

7     issued an opinion of some length, 103 pages, and an order

8     which after all of these years granted full convalescent

9     leave to Mr. Hinckley to reside full-time in Williamsburg

10    for at least the first year in his mother's residence.  And

11    there were a series of conditions that were imposed at that

12    time.  Some perhaps in the view of Mr. Hinckley and his

13    counsel more than were needed, but they were to be in place

14    for at least the first 18 months or so.

15         The plan was that he would report back to St.

16    Elizabeths once a month in person.  His primary treatment

17    team would be in Williamsburg:  A case manager, a

18    psychiatrist -- please turn off phones.

19          **MR. LEVINE:**  Group therapists.

20          **THE COURT:**  Group therapists, individual

21    therapists.  And that Mr. Weiss in Williamsburg, who is the

22    case manager, would collect notes from all of the providers.

23    He also has a music therapist.  He would collect them and

24    put them together and send them to Dr. Johnson at St.

25    Elizabeths.  Dr. Johnson would be meeting with him once a

1    month in person; would be talking to him on the phone I

2    think weekly; would be talking to his mother on the phone.

3    And she would submit to the Court monthly reports collecting

4    all of these materials.

5           And those reports were duly filed every single

6    month, and I read them -- I did read them all with great

7    care.  There were no problems suggested in any of those

8    reports.  You know, I might have wished that he would have

9    gone to the gym more often or had some more social

10   activities or reached out a little more.  But his volunteer

11   work and his work selling books were all good.  None of the

12   team reported any problems whatsoever.

13          Under the original order in July of 2016, there

14   was to be a risk assessment after 18 months and then we

15   would come back and see where we were.  And the risk

16   assessment was typically done throughout this case since

17   I've had this case -- you lawyers can correct me if I'm

18   saying anything wrong, first by Dr. Montalbano and then by

19   Dr. Murphy.  The hope was that Dr. Murphy could provide the

20   risk assessment.  She had some issues, she had some time

21   management issues.

22          Part of the delay was probably my fault, because I

23   really wanted Dr. Murphy to do it if at all possible because

24   I found her quite good.  I think we all did in the past.

25   But that was not to be, so ultimately another doctor was

1    engaged, Dr. Benesh, to do the risk assessment.  That's the

2    only reason I think that we're here in November of 2018

3    instead of earlier.  We should have been earlier, but it was

4    Dr. Murphy's fault and perhaps my fault.

5            So we set a hearing.  We set a schedule for expert

6    reports and we set a hearing for this coming December.  And

7    three experts have provided -- back in August in one of

8    their monthly letters to me, in addition to reporting on the

9    events of that period preceding, they also proposed some

10   changes to the conditions in their -- I think it's either

11   their July or their August letter.

12           But I now have three expert reports.  These expert

13   reports have now been filed under seal -- which has been our

14   practice in the past all these years to have the doctors'

15   reports under seal because there's a lot of information in

16   there.  They interview a lot of people.  They do a lot of

17   work.  There is a report from Dr. Benesh who did the risk

18   assessment.  There is a report from Dr. Hugonnet who was

19   retained by the Office of the U.S. Attorney to independently

20   assess Mr. Hinckley's mental condition and risk of

21   dangerousness.  And there was a report from Dr. Patterson

22   who has been in this case from the beginning.

23           In fact, as I noted a number of times in my

24   July 2016 opinion, Dr. Patterson by the time of the 2015

25   hearing had come to the view that others had previously,

1    that Mr. Hinckley was no longer a danger to himself or to

2    others; and that all of his Axis I mental health issues were

3    in full remission.  I think in my opinion I said they were

4    in full remission for 25, 27, 28 years.  That's my -- those

5    are my findings.  Dr. Patterson may not have agreed that

6    they were in remission for that long.

7            So Dr. Patterson and Dr. Benesh and Dr. Hugonnet,

8    having done their due diligence -- and these reports are

9    lengthy as they usually are, and interviewed everybody and

10   talked to Mr. Hinckley and his mother and all of the

11   treatment team in Williamsburg, and Dr. Johnson and others

12   at the hospital.  And having done the -- in Dr. Benesh's

13   case, the testing that is done -- the objective and

14   subjective testing that is done by psychologists who do risk

15   assessments, they all recommend that Mr. Hinckley remain on

16   full convalescent leave in the community in Williamsburg.

17           And so having read those reports, I assumed that

18   the purpose for the hearing in December would focus largely

19   on what the appropriate conditions were; that no one was

20   going to suggest that there be any change.  He will

21   remain -- unless you all tell me something different, but

22   from everything I've read you're not going to tell me

23   anything different.  He'll remain on full convalescent leave

24   in Williamsburg.  The only question is what the appropriate

25   conditions are going forward, and whether there should be

1   fewer conditions and fewer resources.

2          The Hinckley family as I understand it,

3   Mr. Levine, has paid out of their own pocket for the

4   Williamsburg treatment.  The Hinckley family has paid out of

5   their own pocket for the treatment team in Williamsberg:

6   Dr. GiGi the psychiatrist, Mr. Betha, Mr. Weiss and the

7   music therapist.  One of the questions is given how well

8   things have gone in Williamsburg over the last two plus

9   years, whether some of those conditions and the frequency of

10  some of his visits to the providers in Williamsburg can be

11  reduced.  So that's where we were based on everything I

12  read.

13          And then in -- and I can't remember whether it was

14  a filing or an e-mail or a phone call, that the parties,

15  both the United States and Mr. Hinckley's lawyer Mr. Levine

16  and the hospital, asked that we have a status conference

17  this month before we go forward to the hearing next month;

18  and then the other day filed some materials including the

19  three expert reports, and asked that they be filed under

20  seal for a variety of reasons including because of the

21  privacy interests of various people in the expert reports.

22  I had received the expert reports by e-mail previously, but

23  now they're on the docket.

24          So that's sort of where I think we are.  I'm happy

25  to have Ms. Weston or Mr. Levine correct me and tell me what

1    else you want to say.

2              And I do want to tell Ms. Weston that I ran into

3    Ms. Kennedy recently, and she's very sad not to be joining

4    us today.  But she's really enjoying her retirement.

5         **MS. WESTON:**  Thank you, your Honor.  I also know

6    that Ms. Kennedy is enjoying her retirement, and I look

7    forward to some day being able to hopefully follow her path.

8         **THE COURT:**  Not if you're like Mr. Levine and me,

9    you never retire.

10        **MR. LEVINE:**  That's what senior status is about,

11   right.

12        **MS. WESTON:**  As an initial matter, your Honor, the

13   Government does not have any corrections to the record as

14   you have previously stated it.  We agree with the procedural

15   history as it has followed so far.  I have been in

16   conversation with Mr. Levine in line with all of the things

17   you have indicated to try to discuss what potential

18   conditions we believe would be appropriate.

19             The Government, for its part, looked at all three

20   of those expert reports as well which are largely aligned

21   with very minor distinctions, and tried to consolidate those

22   recommendations.  I then spoke with Mr. Levine about the

23   Government's requested conditions.  We discussed and went

24   back and forth a bit on the various conditions we thought

25   might be appropriate, and I believe we have come to an

1   agreement as to conditions that we have presented to the

2   Court that we would like your Honor to consider for review

3   and for modification for Mr. Hinckley's case at this time.

4              THE COURT:  And that would then obviate the need

5   for a hearing?

6              MS. WESTON:  It would, your Honor, yes.

7              THE COURT:  Okay.  Mr. Levine?

8              MR. LEVINE:  We agree with that, your Honor, it

9   would obviate the need for a hearing.  He has done

10  exceedingly well under the conditions that were imposed by

11  the Court in its last order.  I have no doubt whatsoever,

12  not a scintilla of doubt, that he will do equally well under

13  the new order that has been proposed if it would be

14  acceptable to the Court.

15             I think it is important to cogitate on the future,

16  where do we go from here.  I mean, your Honor has correctly

17  observed that through the years there has been no problem as

18  you have stated it.  And I would anticipate there being no

19  problem going forward.  I am mindful of the legal standard

20  that he is required to be held in the least restrictive

21  environment or custody, least restrictive environment

22  consistent with public safety.  I don't believe that there

23  is any indication of public safety risk or jeopardy, so

24  obviously what comes to my mind is the issue of

25  unconditional release.  But that is not the issue before the

1    Court today.

2              But to give everybody an alert, it is surely on my

3    mind.  It has been on my mind.  I would like to have that

4    ripen pretty soon.  But it may require still additional

5    opinions of the experts perhaps.  Frankly, I've read these

6    reports as written, and I don't know what else these experts

7    can say.  They find no mental disease.  They find no danger.

8    They find mental disease in remission.  Whether that equates

9    to a mental disease that still exists but is in remission or

10   whether that means because they perceive no symptoms that

11   there is no mental disease, that is a distinction I think we

12   do not have to solve.

13             But I see no basis for any belief that this

14   gentleman presents a danger to himself or others as a result

15   of a mental disease.  And the requirements of law require

16   that he be in the least restrictive environment.  And that

17   is an issue that I think is front and center -- to be

18   brought front and center to the Court.

19             **THE COURT:**  Before you sit down.

20             **MR. LEVINE:**  Sure, your Honor.

21             **THE COURT:**  There was submitted also under seal

22   something entitled a consent order which lists a bunch of

23   conditions that would apply going forward, some of which are

24   different from the conditions from two years ago.

25             Have you discussed with Mr. Hinckley -- first of

1    all, I take it this is a joint proposal?

2         **MR. LEVINE:**  It is a joint proposal, your Honor.

3    I mean, it is --

4         **THE COURT:**  I know you would prefer there would be

5    fewer and you think some of them are unnecessary I assume.

6         **MR. LEVINE:**  I think all of them are unnecessary.

7         **THE COURT:**  Well, I know, but you always take the

8    extreme position.

9         **MR. LEVINE:**  I don't intend to.  As a matter of

10   fact --

11        **THE COURT:**  You know I'm kidding.

12        **MR. LEVINE:**  I do indeed.  I hope notwithstanding

13   the mirth of that, that our patience appears to be close to

14   infinite.  I've been doing this for 30 some odd years it

15   seems.  We've always gone with the hospital.

16        Now, your Honor has just said that these are

17   different from the conditions that were in your last order.

18   It is designed I believe to be fewer than the conditions of

19   the last order.

20        **THE COURT:**  Yes.

21        **MR. LEVINE:**  And in no respects more onerous.

22        **THE COURT:**  Correct, that's the way I read it.

23        **MR. LEVINE:**  Okay.

24        **THE COURT:**  And one of the main things -- there

25   are a number of things that just aren't in there anymore.

1    Once the order is signed and is public, everyone will see.

2    One of the main things is fewer visits with some of the team

3    in Williamsburg.

4              **MR. LEVINE:**  Yes.

5              **THE COURT:**  And fewer in-person visits with

6    Dr. Johnson at the hospital.

7              **MR. LEVINE:**  Yes.

8              **THE COURT:**  So the question I did ask you, though,

9    is is Mr. Hinckley aware of the proposal and that there will

10   still be a significant number of conditions imposed?

11             **MR. LEVINE:**  Yes, he is aware of your last order

12   of course.  There's been full and faithful compliance.

13             **THE COURT:**  And he's complied.

14             **MR. LEVINE:**  And he is aware of this proposed

15   order in all respects.  He's reviewed it, I've reviewed it

16   with him.  He knows what will be required of him if the

17   Court enters this order.

18             There is one correction I would like to make with

19   respect to the reports.  I mean, one of the reports says

20   that Mr. Hinckley doesn't want, is not looking for an

21   unconditional release.  That may have been the

22   interpretation of Dr. Patterson, but I will tell this Court

23   that he would like to have all that the law allows him to

24   have and all that he's fairly entitled to receive.  It's

25   just a question of the application of the law as we just

1    referenced it to his situation.

2              I believe the record as it stands now would

3    justify an order granting an unconditional release.  I

4    suspect the Court will want a hearing on that, but we're

5    prepared to go forward with the proposed order as submitted.

6         **THE COURT:**  Let me ask both of you as well as

7    Ms. Hnatowski to answer a couple of questions, whoever's

8    best able to do so.

9              One, does this proposed order set a date by which

10   we will do yet another risk assessment and come back again

11   or is that left open?

12        **MR. LEVINE:**  Well, the answer to your question is

13   it does not set forth a return date.  I think there should

14   be one.  I would ask that the Court put a return date.  I'm

15   mindful of the fact that his mother is I think 93 or so,

16   maybe more.  I should know the answer to that, I don't.

17        **THE COURT:**  She's 93 or 94.  But let me ask you

18   this -- and maybe that's something you should talk about if

19   we want to add a paragraph about the return date.

20             But with respect to his mother, as I read this

21   order -- and this is something that I've been encouraging

22   for some time, under this proposed order he, with the help

23   of Mr. Weiss, is free now to begin to look for alternative

24   housing arrangements.

25        **MR. LEVINE:**  Yes.

1          **THE COURT:**  So he would not be living with his

2     mother going forward.  And it provides several options that

3     can be considered in the community:  In a facility of some

4     sort, you know, not a very restrictive facility; with a

5     roommate; perhaps with his brother subject to certain

6     approvals as I read the order.

7          But this order specifically seems to me to

8     encourage a more aggressive exploration of that option, is

9     that fair?

10         **MR. LEVINE:**  I think that is fair.  I think that

11    is to be expected too.

12         **THE COURT:**  And then the other question that I

13    would ask maybe Ms. Weston or Ms. Hnatowski is I remember

14    reading in some of the letters that Dr. GiGi may be

15    relocating, but her name remains mentioned prominently

16    throughout here.  And the same with the music therapist.

17         **MR. LEVINE:**  Yes, I think with respect to

18    Dr. GiGi, the suggestion has been sometime in the year 2019

19    and/or 2020 is when she expects to change her professional

20    life.  I'm not sure if she's relocating.  I believe she may

21    be relocating.

22         **THE COURT:**  Let me ask Ms. Weston if she wants to

23    address some of these things I've just raised.

24         **MS. WESTON:**  Yes, your Honor.  That is true that

25    there is an indication that Dr. GiGi, among other potential

1   treatment providers, are looking for changes, either full

2   retirement or for relocation purposes, in the next year or

3   so.  The way we did try to address that was in paragraph 29

4   of the consent order that was submitted to the Court whereby

5   we include in there a criteria that the hospital, as part of

6   its bimonthly reporting requirement, actually include status

7   updates as to what steps are being taken to identify

8   providers to replace those individuals who we do anticipate

9   leaving.

10          We thought it best to leave the specific names in

11  the remainder portions of the order for clarity, and to make

12  sure that it is clear that should someone be leaving, that

13  notifications have to happen and that approvals need to be

14  taken into account.  But we did try to account for a plan in

15  place so that it's not just left open, but rather

16  individuals are being encouraged to actively identify

17  treatment providers, individuals, whatever the case may be.

18  So that is why we included that paragraph.

19          In answer to your prior question, we did not

20  include a specific date for a future risk assessment.  That

21  is something that I'm willing to discuss with Mr. Levine,

22  but that was not something that we anticipated at this

23  point.

24          **THE COURT:**  Well, I'm happy to do it either way.

25  Either you can add a paragraph to the proposal which says on

1    or about such and such a date, there should be another risk

2    assessment followed by a hearing or we can wait for a motion

3    from you, the Government, or Mr. Levine or in one of the

4    hospital's letters if they think it's time to change these

5    conditions and that we should do a risk assessment first.

6            So I'll do it either way, because Mr. Levine may

7    want to move forward more quickly, you may want not to and

8    the hospital may want to move forward somewhere in between

9    the two of you.

10           So the question is do you want to talk about that

11   now and propose --

12           **MR. LEVINE:**  Yes.

13           **THE COURT:**  -- an alternative to what you've given

14   me or add a paragraph to what you've given me or do you want

15   to leave it open?

16           **MR. LEVINE:**  My preference, your Honor -- I think

17   your point is a good point.  I think it's good case

18   management to have a return date, a status call.  At the

19   least I would suggest that the Court set a status call for

20   sometime in the late spring or summer.

21           **THE COURT:**  Well, there are two different

22   questions.  One is whether we have a status conference.

23   That's easy.  The other is whether we include a provision

24   similar to the one that was included in the July 2016 order

25   which specifically said -- I think it said after 18 months

1    we would have another risk assessment followed by a hearing.

2              **MR. LEVINE:**  It did.

3              **THE COURT:**  If you want to do a status conference,

4    I can set a date for a status conference without modifying

5    the consent order that you've proposed.  Maybe that's the

6    way to go.

7              **MS. WESTON:**  Your Honor, I think the Government's

8    position would be that setting a status conference is

9    absolutely fine.  We would be happy to do that.  I think it

10   would give all of us an ability to see how the changes are

11   taking place, and whether or not it makes sense at that

12   point to actually go down the path of an additional risk

13   assessment.

14             As your Honor noted, undergoing a risk assessment

15   is a fairly lengthy endeavor.  And I think doing another one

16   within six months of now after we just had one done last

17   summer is probably unnecessary at this point.  I think a

18   status conference makes more sense.

19             **THE COURT:**  I think a status conference makes

20   sense.  I'll be getting reports now every other month

21   instead of every month, right?

22             **MR. LEVINE:**  Yes, you'll be getting the reports

23   every other month.

24             **THE COURT:**  Written reports every other month

25   instead of every month, okay.  So if we were to have a

1  status conference in six or eight months, maybe there will

2  be a change in Mr. Hinckley's living arrangement, maybe

3  there will be other things that will then suggest that we do

4  something more.

5        **MR. LEVINE:**  I'm mindful of the fact that there

6  have been many risk assessments.  They all have reported the

7  same result, that he's doing exquisitely.  Every single one

8  over a period of years uninterrupted by any adverse event.

9  So I don't believe there's any expectation -- any rational

10  expectation that something untoward would happen.

11        I don't know that the Court needs another risk

12  assessment.  It may be regarded as a safe thing to do, and I

13  have no objection to it.  We've minimized our objections,

14  your Honor.  I'm just mindful of the time that consumes

15  life.  Mr. Hinckley now is in his 60s, his mom is getting

16  older and older.  I'm trying to restore -- while there's

17  still good years, I'm trying to salvage what's left.  The

18  idea would be that he can live a normal life like any of us,

19  that's the objective.

20        **THE COURT:**  I understand.

21        **MS. WESTON:**  Your Honor, I just wanted to relay

22  that I did -- and I'll let her speak for herself, but I

23  believe the hospital's position would be the same as the

24  Government's.

25        **MS. HNATOWSKI:**  Yes, your Honor, it is.  DBH

1    believes that, as the Court suggested, should an updated

2    risk assessment be needed in the opinion of the hospital,

3    then the hospital can notify the Court through its regular

4    reporting requirements.  And at this time, we don't believe

5    that there's a basis for ordering an updated risk assessment

6    currently.

7           **THE COURT:**  And obviously if there are any

8    problems along the way, Dr. Johnson will bring them to my

9    attention or you'll bring them to my attention or the United

10   States will bring them to my attention.  There haven't been

11   any, right?

12          **MS. HNATOWSKI:**  Yes, right, your Honor, correct.

13          **THE COURT:**  But that's a given, that if there are

14   any problems I'll hear about them.  So I think what would

15   make sense is to set a status conference for eight months

16   from now.  And unless anybody has anything else they want to

17   say about the proposed consent order that you've jointly

18   submitted, I can sign this version of it.  If there's any

19   reason to make any further changes or modifications, I can

20   wait until next week.

21          **MS. WESTON:**  There's nothing additional from the

22   Government, your Honor.

23          **MR. LEVINE:**  We're satisfied, your Honor.

24          **MS. HNATOWSKI:**  Your Honor, may I just say for the

25   record that the Department of Behavioral Health is of course

1    not a party, but we were not involved in the crafting of

2    this order.  It is substantially similar to the

3    recommendations that the hospital included in its report --

4    or DBH included in its report in August.  There are a few

5    areas that deviate from the hospital's recommendation; for

6    example, the mileage radius.

7              **THE COURT:**  The what?

8              **MS. HNATOWSKI:**  The mileage radius.  And also

9    DBH --

10             **THE COURT:**  Actually, the permission to drive from

11   his home on his own, the radius is further than the hospital

12   proposed.

13             **MS. HNATOWSKI:**  Right.

14             **MS. WESTON:**  Yes, your Honor.  The hospital had

15   recommended I believe 50 miles independently or 75 miles

16   with -- accompanied with someone.  Both of the Government's

17   additional experts, Dr. Patterson and Dr. Hugonnet, believed

18   that the 75-mile distance was reasonable even unaccompanied.

19             Taking all three opinions, as well as the fact

20   that Mr. Hinckley has traveled to the District of Columbia

21   which is clearly beyond 75 miles without incident; taking

22   into account trying to make the order as clear for

23   Mr. Hinckley to be able to comply as possible, we believed

24   it made sense to keep just one distance and be consistent

25   with that distance for all categories.  So that was the

1    reason for the deviation.  We do believe it's minor

2    considering that they were okay with the 50 miles.  We are

3    only talking about 25 miles difference.

4              THE COURT:  Anything else?

5              MR. LEVINE:  The hospital recommended that there

6    be no log.  Dr. Patterson thought the log was useful.  We

7    don't care.  If they want a log, they can have a log.

8              THE COURT:  Anything else?

9              MS. WESTON:  Not from the Government, your Honor.

10             THE COURT:  So if we're going to have a status

11   conference in roughly eight months --

12             MR. LEVINE:  On that point, your Honor, I had a

13   conversation with my wife.  I know on June 7th I will be

14   here.

15             THE COURT:  You will be here?

16             MR. LEVINE:  I will be here.  May I suggest that

17   date?  I know she has something --

18             THE COURT:  Well, I had a conversation with my

19   wife, and on June 6th I'm taking her out for her birthday.

20   But that doesn't mean I can't be in court the next morning.

21             MR. LEVINE:  We'll have some cake here on

22   June 7th.

23             THE COURT:  She's not coming to the Hinckley

24   hearing.

25             MR. LEVINE:  All right.

1          **MS. WESTON:**  If it matters, your Honor, my

2    birthday's that week and I will be here for the Hinckley

3    hearing.

4          **THE COURT:**  Well, so June 6th --

5          **MR. LEVINE:**  June 7th would be fine.

6          **THE COURT:**  June 7th is fine with you.  Can we do

7    it the following week?

8          **MR. LEVINE:**  Sure.

9          **MS. WESTON:**  That's fine with the Government, your

10   Honor.

11         **MR. LEVINE:**  Whatever's convenient to the Court,

12   your Honor.

13         **THE COURT:**  June 10th or 11th?

14         **MR. LEVINE:**  That's fine.

15         **MS. WESTON:**  Either is fine, your Honor.

16         **THE COURT:**  June 10th at 10:00 a.m., okay.  So I

17   think we can say first that the hearing now scheduled for

18   the week of December 10th is canceled, vacated.  And second,

19   that there will be a status conference on June 10th at

20   10:00 a.m.  And third, since none of you think there's any

21   need to tinker further with the joint consent order that you

22   submitted, I can sign it.  And that will continue

23   convalescent leave full-time in Williamsburg with fewer

24   conditions which are spelled out in the order.

25         **MR. LEVINE:**  Excellent.  Thank you, your Honor.

1          THE COURT:  Thank you all very much.

2          MS. WESTON:  Thank you, your Honor.

3          MS. HNATOWSKI:  Thank you.

4          THE COURT:  And did you say in something that I

5   received that Dr. Patterson is retiring?

6          MS. WESTON:  He is, your Honor -- or at least he's

7   trying just like everyone else I think.

8          THE COURT:  Please give him my best regards.

9          MS. WESTON:  I will, your Honor.

10          THE COURT:  Thank you all.

11      (Proceedings adjourned at 12:10 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, CSR, RPR,** certify that the

4   foreground is a correct transcript from the record of

5   proceedings in the above-entitled matter.

6

7

8

9   _____        _____
     December 12, 2018

10            **DATE**                      **Jeff M. Hook, CSR, RPR**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

103 [1]   3/7
10:00 a.m [2]   22/16 22/20
10th [4]   22/13 22/16 22/18
 22/19
1100 [1]   1/20
11:37 [1]   1/6
11th [1]   22/13
1200 [1]   1/17
12:10 p.m [1]   23/11
16 [1]   1/5
18 [3]   3/14 4/14 16/25
1825 [1]   1/17
1:81-cr-306 [1]   1/4

## 2

20001 [1]   1/25
20006 [1]   1/18
20032 [1]   1/21
2015 [2]   3/6 5/24
2016 [5]   3/5 3/6 4/13 5/24
 16/24
2018 [2]   1/5 5/2
2019 [1]   14/18
2020 [1]   14/19
20530 [1]   1/15
25 [1]   6/4
25 miles [1]   21/3
27 [1]   6/4
28 [1]   6/4
29 [1]   15/3

## 3

30 [1]   11/14
306 [2]   1/4 2/3
333 [1]   1/24

## 4

4700-C [1]   1/24

## 5

50 miles [2]   20/15 21/2
555 [1]   1/14

## 6

60s [1]   18/15
6th [2]   21/19 22/4

## 7

75 miles [2]   20/15 20/21
75-mile [1]   20/18
7th [4]   21/13 21/22 22/5
 22/6

## 8

81-306 [1]   2/3

## 9

93 [2]   13/15 13/17
94 [1]   13/17

## A

a.m [3]   1/6 22/16 22/20
ability [1]   17/10
able [3]   8/7 13/8 20/23
about [9]   8/10 8/22 13/18
 13/19 16/1 16/10 19/14
 19/17 21/3
above [1]   24/5
above-entitled [1]   24/5

absolutely [1]   17/9
acceptable [1]   9/14
accompanied [1]   20/16
account [3]   15/14 15/14
 20/22
action [2]   1/3 2/2
actively [1]   15/16
activities [1]   4/10
actually [4]   3/6 15/6
 17/12 20/10
add [3]   13/19 15/25 16/14
addition [1]   5/8
additional [4]   10/4 17/12
 19/21 20/17
address [2]   14/23 15/3
adjourned [1]   23/11
adverse [1]   18/8
after [4]   3/8 4/14 16/25
 17/16
again [1]   13/10
aggressive [1]   14/8
ago [1]   10/24
agree [2]   8/14 9/8
agreed [1]   6/5
agreement [1]   9/1
Alabama [1]   1/20
alert [1]   10/2
aligned [1]   8/20
all [28]
allows [1]   12/23
along [1]   19/18
also [5]   3/23 5/9 8/5
 10/21 20/8
alternative [2]   13/23
 16/13
always [2]   11/7 11/15
AMERICA [2]   1/3 2/3
among [1]   14/25
and/or [1]   14/19
another [6]   4/25 13/10
 16/1 17/1 17/15 18/11
answer [4]   13/7 13/12
 13/16 15/19
anticipate [2]   9/18 15/8
anticipated [1]   15/22
any [16]   4/7 4/12 6/20
 8/13 9/23 10/13 18/8 18/9
 18/9 18/18 19/7 19/11
 19/14 19/18 19/19 22/20
anybody [1]   19/16
anymore [1]   11/25
anything [5]   4/18 6/23
 19/16 21/4 21/8
appearances [2]   1/12 2/7
appears [1]   11/13
application [1]   12/25
apply [1]   10/23
appropriate [4]   6/19 6/24
 8/18 8/25
approvals [2]   14/6 15/13
are [21]   6/5 6/8 6/9 6/25
 7/24 8/20 10/23 11/5 11/6
 11/16 11/25 15/1 15/7
 15/16 16/21 17/10 19/7
 19/13 20/4 21/2 22/24
areas [1]   20/5
aren't [1]   11/25
arrangement [1]   18/2
arrangements [1]   13/24
as [29]
ask [6]   12/8 13/6 13/14

13/17 14/13 14/22
asked [2]   7/16 7/19
assess [1]   5/20
assessment [15]   4/14 4/16
 4/20 5/1 5/18 13/10 15/20
 16/2 16/5 17/1 17/13 17/14
 18/12 19/2 19/5
assessments [2]   6/15 18/6
assume [1]   11/5
assumed [1]   6/17
at [18]   3/10 3/11 3/14
 3/24 4/23 6/12 8/19 9/3
 12/6 15/22 16/18 17/11
 17/17 19/4 22/16 22/19
 23/6 23/11
attention [3]   19/9 19/9
 19/10
Attorney [1]   5/19
Attorney's [1]   1/13
August [3]   5/7 5/11 20/4
Avenue [2]   1/20 1/24
aware [3]   12/9 12/11 12/14
Axis [1]   6/2

## B

back [7]   2/24 3/5 3/15
 4/15 5/7 8/24 13/10
Bankruptcy [1]   1/23
BARRY [2]   1/16 2/12
based [1]   7/11
basis [2]   10/13 19/5
be [53]
because [7]   2/24 4/22 4/23
 5/15 7/20 10/10 16/6
been [17]   2/24 3/4 5/3
 5/13 5/13 5/22 8/15 9/13
 9/17 10/3 11/14 12/12
 12/21 13/21 14/18 18/6
 19/10
before [5]   1/10 2/19 7/17
 9/25 10/19
begin [1]   13/23
beginning [1]   5/22
behalf [2]   2/9 2/12
Behavioral [1]   19/25
being [4]   8/7 9/18 15/7
 15/16
belief [1]   10/13
believe [11]   8/18 8/25
 9/22 11/18 13/2 14/20 18/9
 18/23 19/4 20/15 21/1
believed [2]   20/17 20/23
believes [1]   19/1
bench [1]   2/19
Benesh [3]   5/1 5/17 6/7
Benesh's [1]   6/12
best [3]   13/8 15/10 23/8
Betha [1]   7/6
between [1]   16/8
beyond [1]   20/21
bimonthly [1]   15/6
birthday [1]   21/19
birthday's [1]   22/2
bit [1]   8/24
Blank [1]   1/17
books [1]   4/11
both [3]   7/15 13/6 20/16
bring [3]   19/8 19/9 19/10
brother [1]   14/5
brought [1]   10/18
bunch [1]   10/22

**B**

but **[30]**

**C**

cake **[1]**   21/21
call **[4]**   2/19 7/14 16/18
16/19
can **[16]**   3/4 4/17 7/10
10/7 14/3 15/25 16/2 17/4
18/18 19/3 19/18 19/19
21/7 22/6 22/17 22/22
can't **[2]**   7/13 21/20
canceled **[1]**   22/18
care **[2]**   4/7 21/7
case **[9]**   3/17 3/22 4/16
4/17 5/22 6/13 9/3 15/17
16/17
categories **[1]**   20/25
center **[2]**   10/17 10/18
certain **[1]**   14/5
certify **[1]**   24/3
change **[4]**   6/20 14/19 16/4
18/2
changes **[4]**   5/10 15/1
17/10 19/19
clarity **[1]**   15/11
clear **[2]**   15/12 20/22
clearly **[1]**   20/21
close **[1]**   11/13
cogitate **[1]**   9/15
collect **[2]**   3/22 3/23
collecting **[1]**   4/3
COLUMBIA **[3]**   1/1 1/14
20/20
come **[4]**   4/15 5/25 8/25
13/10
comes **[1]**   9/24
coming **[2]**   5/6 21/23
community **[2]**   6/16 14/3
compliance **[1]**   12/12
complied **[1]**   12/13
comply **[1]**   20/23
condition **[1]**   5/20
conditions **[18]**   3/11 5/10
6/19 6/25 7/1 7/9 8/18
8/23 8/24 9/1 9/10 10/23
10/24 11/17 11/18 12/10
16/5 22/24
conference **[14]**   1/9 2/23
3/3 7/16 16/22 17/3 17/4
17/8 17/18 17/19 18/1
19/15 21/11 22/19
consent **[5]**   10/22 15/4
17/5 19/17 22/21
consider **[1]**   9/2
considered **[1]**   14/3
considering **[1]**   21/2
consistent **[2]**   9/22 20/24
consolidate **[1]**   8/21
Constitution **[1]**   1/24
consumes **[1]**   18/14
continue **[1]**   22/22
convalescent **[4]**   3/8 6/16
6/23 22/23
convenient **[1]**   22/11
conversation **[3]**   8/16
21/13 21/18
correct **[6]**   3/4 4/17 7/25
11/22 19/12 24/4
correction **[1]**   12/18

corrections **[1]**   8/13
correctly **[1]**   9/16
could **[1]**   4/19
counsel **[1]**   3/13
couple **[1]**   13/7
course **[2]**   12/12 19/25
court **[21]**   1/1 1/22 1/23
2/12 4/3 9/2 9/11 9/14
10/1 10/18 12/17 12/22
13/4 13/14 15/4 16/19
18/11 19/1 19/3 21/20
22/11
Courts **[1]**   1/23
cr **[1]**   1/4
crafting **[1]**   20/1
criminal **[2]**   1/3 2/2
criteria **[1]**   15/5
CSR **[2]**   24/3 24/10
currently **[1]**   19/6
custody **[1]**   9/21

**D**

danger **[3]**   6/1 10/7 10/14
dangerousness **[1]**   5/21
date **[10]**   13/9 13/13 13/14
13/19 15/20 16/1 16/18
17/4 21/17 24/10
day **[2]**   7/18 8/7
DBH **[3]**   18/25 20/4 20/9
DC **[5]**   1/5 1/15 1/18 1/21
1/25
December **[3]**   5/6 6/18
22/18
Defendant **[2]**   1/7 1/16
delay **[1]**   4/22
Department **[1]**   19/25
designed **[1]**   11/18
deviate **[1]**   20/5
deviation **[1]**   21/1
did **[10]**   4/6 4/24 5/17
12/8 15/3 15/14 15/19 17/2
18/22 23/4
difference **[1]**   21/3
different **[5]**   6/21 6/23
10/24 11/17 16/21
difficult **[1]**   2/16
diligence **[1]**   6/8
discuss **[2]**   8/17 15/21
discussed **[2]**   8/23 10/25
disease **[5]**   10/7 10/8 10/9
10/11 10/15
distance **[3]**   20/18 20/24
20/25
distinction **[1]**   10/11
distinctions **[1]**   8/21
DISTRICT **[6]**   1/1 1/1 1/10
1/14 1/23 20/20
do **[23]**   4/23 5/1 5/16 6/14
8/2 9/12 9/16 10/12 11/12
13/8 13/10 15/8 15/24 16/5
16/6 16/10 16/14 17/3 17/9
18/3 18/12 21/1 22/6
docket **[1]**   7/23
doctor **[1]**   4/25
doctors' **[1]**   5/14
does **[3]**   8/13 13/9 13/13
doesn't **[2]**   12/20 21/20
doing **[3]**   11/14 17/15 18/7
don't **[8]**   9/22 10/6 11/9
13/16 18/9 18/11 19/4 21/7
done **[7]**   4/16 6/8 6/12

6/13 6/14 9/9 17/16
doubt **[2]**   9/11 9/12
down **[2]**   10/19 17/12
Dr. **[29]**
Dr. Benesh **[3]**   5/1 5/17
6/7
Dr. Benesh's **[1]**   6/12
Dr. GiGi **[4]**   7/6 14/14
14/18 14/25
Dr. Hugonnet **[3]**   5/18 6/7
20/17
Dr. Johnson **[5]**   3/24 3/25
6/11 12/6 19/8
Dr. Montalbano **[1]**   4/18
Dr. Murphy **[3]**   4/19 4/19
4/23
Dr. Murphy's **[1]**   5/4
Dr. Patterson **[8]**   5/21
5/24 6/5 6/7 12/22 20/17
21/6 23/5
drive **[1]**   20/10
due **[1]**   6/8
duly **[1]**   4/5

**E**

e-mail **[2]**   7/14 7/22
earlier **[2]**   5/3 5/3
easy **[1]**   16/23
eight **[3]**   18/1 19/15 21/11
either **[6]**   5/10 15/1 15/24
15/25 16/6 22/15
Elizabeths **[5]**   1/19 1/20
2/4 3/16 3/25
else **[6]**   8/1 10/6 19/16
21/4 21/8 23/7
encourage **[1]**   14/8
encouraged **[1]**   15/16
encouraging **[1]**   13/21
endeavor **[1]**   17/15
engaged **[1]**   5/1
enjoying **[2]**   8/4 8/6
enters **[1]**   12/17
entitled **[3]**   10/22 12/24
24/5
environment **[3]**   9/21 9/21
10/16
equally **[1]**   9/12
equates **[1]**   10/8
even **[1]**   20/18
event **[1]**   18/8
events **[1]**   5/9
ever **[1]**   2/25
every **[7]**   4/5 17/20 17/21
17/23 17/24 17/25 18/7
everybody **[2]**   6/9 10/2
everyone **[2]**   12/1 23/7
everything **[2]**   6/22 7/11
example **[1]**   20/6
exceedingly **[1]**   9/10
Excellent **[1]**   22/25
exists **[1]**   10/9
expectation **[2]**   18/9 18/10
expected **[1]**   14/11
expects **[1]**   14/19
expert **[7]**   5/5 5/12 5/12
7/19 7/21 7/22 8/20
experts **[4]**   5/7 10/5 10/6
20/17
exploration **[1]**   14/8
exquisitely **[1]**   18/7
extreme **[1]**   11/8

**E**

Eye [1]   1/17

**F**

facility [2]   14/3 14/4
fact [5]   5/23 11/10 13/15
 18/5 20/19
fair [2]   14/9 14/10
fairly [2]   12/24 17/15
faithful [1]   12/12
family [2]   7/2 7/4
far [1]   8/15
fault [3]   4/22 5/4 5/4
feeling [1]   3/1
few [1]   20/4
fewer [7]   7/1 7/1 11/5
 11/18 12/2 12/5 22/23
filed [4]   4/5 5/13 7/18
 7/19
filing [1]   7/14
find [3]   10/7 10/7 10/8
findings [1]   6/5
fine [6]   17/9 22/5 22/6
 22/9 22/14 22/15
first [6]   3/10 3/14 4/18
 10/25 16/5 22/17
focus [1]   6/18
follow [1]   8/7
followed [3]   8/15 16/2
 17/1
following [1]   22/7
foregoing [1]   24/4
forth [2]   8/24 13/13
forward [10]   2/6 6/25 7/17
 8/7 9/19 10/23 13/5 14/2
 16/7 16/8
found [1]   4/24
Fourth [1]   1/14
Frankly [1]   10/5
free [1]   13/23
frequency [1]   7/9
FRIEDMAN [1]   1/10
front [2]   10/17 10/18
full [9]   3/8 3/9 6/3 6/4
 6/16 6/23 12/12 15/1 22/23
full-time [2]   3/9 22/23
further [3]   19/19 20/11
 22/21
future [2]   9/15 15/20

**G**

gentleman [1]   10/14
getting [3]   17/20 17/22
 18/15
GiGi [4]   7/6 14/14 14/18
 14/25
give [3]   10/2 17/10 23/8
given [4]   7/7 16/13 16/14
 19/13
go [5]   7/17 9/16 13/5 17/6
 17/12
going [7]   6/20 6/22 6/25
 9/19 10/23 14/2 21/10
gone [3]   4/9 7/8 11/15
good [10]   2/8 2/10 2/11
 2/13 3/1 4/11 4/24 16/17
 16/17 18/17
Government [7]   1/13 8/13
 8/19 16/3 19/22 21/9 22/9
Government's [4]   8/23 17/7

18/24 20/16
granted [1]   3/8
granting [1]   13/3
great [1]   4/6
Group [2]   3/19 3/20
gym [1]   4/9

**H**

had [14]   2/19 3/5 3/5 4/9
 4/17 4/20 4/20 5/25 5/25
 7/22 17/16 20/14 21/12
 21/18
happen [3]   13/8 13/10
happy [3]   7/24 15/24 17/9
has [16]   3/23 5/13 5/22
 7/3 7/4 8/15 9/9 9/13 9/16
 9/17 10/3 11/16 14/18
 19/16 20/20 21/17
have [38]
haven't [1]   19/10
having [4]   2/24 6/8 6/12
 6/17
he [17]   3/15 3/23 3/23 4/8
 6/20 9/9 9/12 9/20 10/16
 12/11 12/14 12/16 12/23
 13/22 14/1 18/18 23/6
He'll [1]   6/23
he's [5]   12/13 12/15 12/24
 18/7 23/6
health [2]   6/2 19/25
hear [1]   19/14
hearing [15]   1/9 3/5 5/5
 5/6 5/25 6/18 7/17 9/5 9/9
 13/4 16/2 17/1 21/24 22/3
 22/17
held [1]   9/20
help [1]   13/22
her [9]   4/24 8/4 8/6 8/7
 14/15 14/19 18/22 21/19
 21/19
here [14]   2/14 2/15 2/18
 2/21 2/22 2/23 5/2 9/16
 14/16 21/14 21/15 21/16
 21/21 22/2
herself [1]   18/22
him [6]   3/25 4/1 12/16
 12/16 12/23 23/8
himself [2]   6/1 10/14
HINCKLEY [18]   1/6 2/4 2/12
 3/9 3/12 6/1 6/10 6/15 7/2
 7/4 10/25 12/9 12/20 18/15
 20/20 20/23 21/23 22/2
Hinckley's [4]   5/20 7/15
 9/3 18/2
his [18]   3/10 3/12 3/16
 4/2 4/10 4/11 6/2 6/10
 7/10 13/1 13/15 13/20 14/1
 14/5 18/15 18/15 20/11
 20/11
history [1]   8/15
HNATOWSKI [5]   1/19 2/17
 2/20 13/7 14/13
home [1]   20/11
Honor [35]
HONORABLE [1]   1/10
HOOK [1]   1/22 24/3 24/10
hope [2]   4/19 11/12
hopefully [1]   8/7
hospital [15]   1/20 2/5
 2/14 6/12 7/16 11/15 12/6
 15/5 16/8 19/2 19/3 20/3

20/11 20/14 21/5
hospital's [3]   16/4 18/23
 20/5
housing [1]   13/24
how [2]   7/7 17/10
Hugonnet [3]   5/18 6/7
 20/17

**I**

I'll [4]   16/6 17/20 18/22
 19/14
I'm [16]   2/22 2/24 3/1 3/5
 4/17 7/24 11/11 13/14
 14/20 15/21 15/24 18/5
 18/14 18/16 18/17 21/19
I've [8]   2/24 4/17 6/22
 10/5 11/14 12/15 13/21
 14/23
idea [1]   18/18
identify [2]   15/7 15/16
if [20]   2/11 3/2 3/4 4/17
 4/23 8/8 9/13 12/16 13/18
 14/20 14/22 16/4 17/3
 17/25 19/7 19/13 19/18
 21/7 21/10 22/1
important [1]   9/15
imposed [3]   3/11 9/10
 12/10
in [82]
in-person [1]   12/5
incident [1]   20/21
include [4]   15/5 15/6
 15/20 16/23
included [4]   15/18 16/24
 20/3 20/4
including [2]   7/18 7/20
indeed [1]   11/12
independently [2]   5/19
 20/15
indicated [1]   8/17
indication [2]   9/23 14/25
individual [1]   3/20
individuals [3]   15/8 15/16
 15/17
infinite [1]   11/14
information [1]   15/15
initial [1]   8/12
instead [3]   5/3 17/21
 17/25
intend [1]   11/9
interested [1]   2/4
interests [1]   7/21
interpretation [1]   12/22
interview [1]   5/16
interviewed [1]   6/9
into [3]   8/2 15/14 20/22
involved [1]   20/1
is [73]
issue [3]   9/24 9/25 10/17
issued [1]   3/7
issues [3]   4/20 4/21 6/2
it's [7]   2/25 5/10 12/24
 15/15 16/4 16/17 21/1
its [6]   8/19 9/11 15/6
 19/3 20/3 20/4

**J**

JEFF [3]   1/22 24/3 24/10
jeopardy [1]   9/23
JOHN [2]   1/6 2/3
Johnson [5]   3/24 3/25 6/11

**J**

Johnson... [2]   12/6 19/8
joining [1]   8/3
joint [3]   11/1 11/2 22/21
jointly [1]   19/17
JR [2]   1/6 2/4
JUDGE [1]   1/10
July [6]   3/5 3/6 4/13 5/11
5/24 16/24
July 2016 [2]   5/24 16/24
June [9]   21/13 21/19 21/22
22/4 22/5 22/6 22/13 22/16
22/19
June 10th [3]   22/13 22/16
22/19
June 6th [2]   21/19 22/4
June 7th [4]   21/13 21/22
22/5 22/6
just [16]   2/18 2/20 3/2
3/3 11/16 11/25 12/25
12/25 14/23 15/15 17/16
18/14 18/21 19/24 20/24
23/7
justify [1]   13/3

**K**

KACIE [2]   1/13 2/8
keep [1]   20/24
Kennedy [2]   8/3 8/6
kidding [1]   11/11
know [11]   4/8 8/5 10/6
11/4 11/7 11/11 13/16 14/4
18/11 21/13 21/17
knows [1]   12/16

**L**

largely [2]   6/18 8/20
last [7]   2/25 7/8 9/11
11/17 11/19 12/11 17/16
late [1]   16/20
LAUREN [2]   1/19 2/15
law [3]   10/15 12/23 12/25
lawyer [1]   7/15
lawyers [1]   4/17
least [7]   3/10 3/14 9/20
9/21 10/16 16/19 23/6
leave [6]   3/9 6/16 6/23
15/10 16/15 22/23
leaving [2]   15/9 15/12
left [3]   13/11 15/15 18/17
legal [1]   9/19
length [1]   3/7
lengthy [2]   6/9 17/15
let [6]   3/2 3/3 13/6 13/17
14/22 18/22
letter [1]   5/11
letters [3]   5/8 14/14 16/4
LEVINE [13]   1/16 2/12 2/13
7/3 7/15 7/25 8/8 8/16
8/22 9/7 15/21 16/3 16/6
life [3]   14/20 18/15 18/18
like [7]   8/8 9/2 10/3
12/18 12/23 18/18 23/7
line [1]   8/16
lists [1]   10/22
little [1]   4/10
live [1]   18/18
living [2]   14/1 18/2
LLP [1]   1/17
log [4]   21/6 21/6 21/7

21/7
long [1]   6/6
longer [1]   6/1
look [2]   8/6 13/23
looked [1]   8/19
looking [2]   12/20 15/1
lot [3]   5/15 5/16 5/16

**M**

made [1]   20/24
mail [2]   7/14 7/22
main [2]   11/24 12/2
make [7]   2/19 2/21 12/18
15/11 19/15 19/19 20/22
makes [3]   17/11 17/18
17/19
management [2]   4/21 16/18
manager [2]   3/17 3/22
many [1]   18/6
materials [2]   4/4 7/18
matter [3]   8/12 11/9 24/5
matters [1]   22/1
may [13]   3/2 6/5 10/4
12/21 14/14 14/20 15/17
16/6 16/7 16/8 18/12 19/24
21/16
maybe [6]   13/16 13/18
14/13 17/5 18/1 18/2
me [16]   3/2 3/3 3/4 4/17
5/8 6/21 6/22 7/25 7/25
8/8 13/6 13/17 14/7 14/22
16/14 16/14
mean [4]   9/16 11/3 12/19
21/20
means [1]   10/10
meeting [1]   3/25
mental [7]   5/20 6/2 10/7
10/8 10/9 10/11 10/15
mentioned [2]   2/18 14/15
might [2]   4/8 8/25
mile [1]   20/18
mileage [2]   20/6 20/8
miles [5]   20/15 20/15
20/21 21/2 21/3
mind [3]   9/24 10/3 10/3
mindful [4]   9/19 13/15
18/5 18/14
minimized [1]   18/13
minor [2]   8/21 21/1
mirth [1]   11/13
modification [1]   9/3
modifications [1]   19/19
modifying [1]   17/4
mom [1]   18/15
Montalbano [1]   4/18
month [11]   2/25 3/16 4/1
4/6 7/17 7/17 17/20 17/21
17/23 17/24 17/25
monthly [1]   4/3 5/8
months [7]   3/14 4/14 16/25
17/16 18/1 19/15 21/11
more [10]   3/13 4/9 4/9
4/10 11/21 13/16 14/8 16/7
17/18 18/4
morning [5]   2/8 2/10 2/11
2/13 21/20
mother [5]   4/2 6/10 13/15
13/20 14/2
mother's [1]   3/10
motion [1]   16/2
move [2]   16/7 16/8

Mr [1]   7/6
Mr. [30]
Mr. Hinckley [12]   2/12 3/9
3/12 6/1 6/10 6/15 10/25
12/9 12/20 18/15 20/20
20/23
Mr. Hinckley's [4]   5/20
7/15 9/3 18/2
Mr. Levine [11]   2/13 7/3
7/15 7/25 8/8 8/16 8/22
9/7 15/21 16/3 16/6
Mr. Weiss [3]   3/21 7/6
13/23
Ms [1]   2/17
Ms. [11]   2/10 2/15 2/20
7/25 8/2 8/3 8/6 13/7
14/13 14/13 14/22
Ms. Hnatowski [3]   2/20
13/7 14/13
Ms. Kennedy [2]   8/3 8/6
Ms. Lauren [1]   2/15
Ms. Weston [5]   2/10 7/25
8/2 14/13 14/22
much [1]   23/1
Murphy [3]   4/19 4/19 4/23
Murphy's [1]   5/4
music [3]   3/23 7/7 14/16
my [17]   4/22 5/4 5/23 6/3
6/4 6/5 9/24 10/2 10/3
16/16 19/8 19/9 19/10
21/13 21/18 22/1 23/8

**N**

name [1]   14/15
names [1]   15/10
need [4]   9/4 9/9 15/13
22/21
needed [2]   3/13 19/2
needs [1]   18/11
never [1]   8/9
new [1]   9/13
next [4]   7/17 15/2 19/20
21/20
no [15]   1/4 4/7 6/1 6/19
9/11 9/17 9/18 10/7 10/7
10/10 10/11 10/13 11/21
18/13 21/6
none [2]   4/11 22/20
normal [1]   18/18
not [23]   4/25 6/5 6/22 8/3
8/8 8/13 9/12 9/25 10/12
12/20 13/13 14/1 14/4
14/20 15/15 15/19 15/22
16/7 17/11 20/1 20/1 21/9
21/23
noted [2]   5/23 17/14
notes [1]   3/22
nothing [1]   19/21
notifications [1]   15/13
notify [1]   19/3
notwithstanding [1]   11/12
November [2]   1/5 5/2
now [12]   5/12 5/13 7/23
11/16 13/2 13/23 16/11
17/16 17/20 18/15 19/16
22/17
number [3]   5/23 11/25
12/10
NW [3]   1/14 1/17 1/24

**O**

objections [1]   18/13
objective [2]   6/13 18/19
observed [1]   9/17
obviate [2]   9/4 9/9
obviously [2]   9/24 19/7
odd [1]   11/14
off [1]   3/18
Office [2]   1/13 5/19
Official [1]   1/23
often [1]   4/9
okay [6]   2/20 9/7 11/23
17/25 21/2 22/16
older [2]   18/16 18/16
on [22]   2/9 2/12 4/1 4/2
5/8 6/15 6/19 6/23 7/11
7/23 8/24 9/15 10/2 10/3
13/4 15/25 20/11 21/12
21/13 21/19 21/21 22/19
once [3]   3/16 3/25 12/1
one [16]   5/7 6/19 7/7
11/24 12/2 12/18 12/19
13/9 13/14 16/3 16/22
16/24 17/15 17/16 18/7
20/24
onerous [1]   11/21
only [3]   5/2 6/24 21/3
open [3]   13/11 15/15 16/15
19/2
opinion [4]   3/7 5/24 6/3
19/2
opinions [2]   10/5 20/19
option [1]   14/8
options [1]   14/2
or [36]
order [27]
ordering [1]   19/5
original [1]   4/13
other [8]   7/18 14/12 14/25
16/23 17/20 17/23 17/24
18/3
others [4]   5/25 6/2 6/11
10/14
our [3]   5/13 11/13 18/13
out [5]   4/10 7/3 7/4 21/19
22/24
over [2]   7/8 18/8
own [3]   7/3 7/5 20/11

**P**

p.m [1]   23/11
pages [1]   3/7
paid [2]   7/3 7/4
paragraph [5]   13/19 15/3
15/18 15/25 16/14
part [3]   4/22 8/19 15/5
parties [2]   2/6 7/14
party [2]   2/4 20/1
past [2]   4/24 5/14
path [2]   8/7 17/12
patience [1]   11/13
Patterson [8]   5/21 5/24
6/5 6/7 12/22 20/17 21/6
23/5
PAUL [1]   1/10
people [2]   5/16 7/21
perceive [1]   10/10
perhaps [4]   3/12 5/4 10/5
14/5
period [2]   5/9 18/8
permission [1]   20/10

person [3]   3/16 4/1 12/5
phone [3]   4/1 4/2 7/14
phones [1]   3/18
place [3]   3/13 15/15 17/11
Plaintiff [1]   1/4
plan [2]   3/15 15/14
please [4]   2/6 2/12 3/18
23/8
plus [1]   7/8
pocket [2]   7/3 7/5
podium [1]   2/6
point [6]   15/23 16/17
16/17 17/12 17/17 21/12
portions [1]   15/11
position [3]   11/8 17/8
18/23
possible [2]   4/23 20/23
potential [2]   8/17 14/25
practice [1]   5/9
preceding [1]   5/9
prefer [1]   11/4
preference [1]   16/16
prepared [1]   13/5
presented [1]   9/1
presents [1]   10/14
pretty [1]   10/4
previously [3]   5/25 7/22
8/14
primary [1]   3/16
prior [1]   15/19
privacy [1]   7/21
probably [2]   4/22 17/17
problem [3]   3/1 9/17 9/19
problems [5]   2/25 4/7 4/12
19/8 19/14
procedural [1]   8/14
proceedings [2]   23/11 24/5
professional [1]   14/19
prominently [1]   14/15
proposal [2]   11/1 11/2
12/9 15/25
propose [1]   16/11
proposed [9]   5/9 9/13
12/14 13/5 13/9 13/22 17/5
19/17 20/12
provide [1]   4/19
provided [1]   5/7
providers [5]   3/22 7/10
15/1 15/8 15/17
provides [1]   14/2
provision [1]   16/23
psychiatrist [2]   3/18 7/6
psychologists [1]   6/14
public [3]   9/22 9/23 12/1
purpose [1]   6/18
purposes [1]   15/2
put [2]   3/24 13/14

**Q**

question [7]   6/24 12/8
12/25 13/12 14/12 15/19
16/10
questions [3]   7/7 13/7
16/22
quickly [1]   16/7
quite [1]   4/24

**R**

radius [3]   20/6 20/8 20/11
raised [1]   14/23
ran [1]   8/2

rather [1]   15/15
rational [1]   18/9
reached [1]   4/10
read [9]   4/6 4/6 6/17 6/22
7/12 10/5 11/22 13/20 14/6
reading [1]   14/14
really [2]   4/23 8/4
reason [3]   5/2 19/19 21/1
reasonable [1]   20/18
reasons [1]   7/20
receive [1]   12/24
received [2]   7/22 23/5
recently [1]   8/3
recommend [1]   6/15
recommendation [1]   20/5
recommendations [2]   8/22
20/3
recommended [2]   20/15 21/5
record [5]   2/7 8/13 13/2
19/25 23/4 24/4
reduced [1]   7/11
referenced [1]   13/1
regarded [1]   18/12
regards [1]   23/8
regular [1]   19/3
relay [1]   18/21
release [3]   9/25 12/21
13/3
relocating [3]   14/15 14/20
14/21
relocation [1]   15/2
remain [3]   6/15 6/21 6/23
remainder [1]   15/11
remains [1]   14/15
remember [2]   7/13 14/13
remission [5]   6/3 6/4 6/6
10/8 10/9
replace [1]   15/8
report [6]   3/15 5/17 5/18
5/21 20/3 20/4
reported [2]   4/12 18/6
Reporter [2]   1/22 1/23
reporting [3]   5/8 15/6
19/4
reports [19]   4/3 4/5 4/8
5/6 5/12 5/13 5/15 6/8
6/17 7/19 7/21 7/22 8/20
10/6 12/19 12/19 17/20
17/22 17/24
requested [2]   3/2 8/23
require [2]   10/4 10/15
required [2]   9/20 12/16
requirement [1]   15/6
requirements [2]   10/15
19/4
reside [1]   3/9
residence [1]   3/10
resources [1]   7/1
respect [3]   12/19 13/20
14/17
respects [2]   11/21 12/15
restore [1]   18/16
restrictive [4]   9/20 9/21
10/16 14/4
result [2]   10/14 18/7
retained [1]   5/19
retire [1]   8/9
retirement [3]   8/4 8/6
15/2
retiring [1]   23/5
return [4]   13/13 13/14

## R

return... [2]  13/19 16/18
review [1]  9/2
reviewed [2]  12/15 12/15
right [6]  8/11 17/21 19/11
  19/12 20/13 21/25
ripen [1]  10/4
risk [19]  4/14 4/15 4/20
  5/1 5/17 5/20 6/14 9/23
  13/10 15/20 16/1 16/5 17/1
  17/12 17/14 18/6 18/11
  19/2 19/5
Rome [1]  1/17
Room [1]  1/24
roommate [1]  14/5
roughly [1]  21/11
RPR [2]  24/3 24/10

## S

sad [1]  8/3
safe [1]  18/12
safety [2]  9/22 9/23
said [4]  6/3 11/16 16/25
  16/25
salvage [1]  18/17
same [3]  14/16 18/7 18/23
satisfied [1]  19/23
say [6]  8/1 10/7 19/17
  19/24 22/17 23/4
saying [1]  4/18
says [2]  12/19 15/25
schedule [1]  5/5
scheduled [1]  22/17
scintilla [1]  9/12
SE [1]  1/20
seal [4]  5/13 5/15 7/20
  10/21
second [1]  22/18
see [4]  4/15 10/13 12/1
  17/10
seems [2]  11/15 14/7
selling [1]  4/11
send [1]  3/24
senior [1]  8/10
sense [5]  17/11 17/18
  17/20 19/15 20/24
series [1]  3/11
serious [1]  2/24
set [9]  3/3 5/5 5/5 5/6
  13/9 13/13 16/19 17/4
  19/15
setting [1]  17/8
several [1]  14/2
she [9]  2/18 2/19 4/3 4/20
  4/20 14/19 14/20 14/22
  21/17
she has [1]  21/17
she's [6]  2/18 8/3 8/4
  13/17 14/20 21/23
should [9]  5/3 6/25 13/13
  13/16 13/18 15/12 16/1
  16/5 19/1
sign [2]  19/18 22/22
signed [1]  12/1
significant [1]  12/10
similar [2]  16/24 20/2
since [2]  4/16 22/20
single [2]  4/5 18/7
sit [1]  10/19
sitting [1]  3/1

situation [1]  13/1
six [2]  17/16 18/1
so [28]
social [1]  4/9
solve [1]  10/12
some [20]  2/24 3/7 3/12
  4/9 4/20 4/20 5/9 7/9 7/10
  7/18 8/7 10/23 11/5 11/14
  12/2 13/22 14/3 14/14
  14/23 21/21
someone [2]  15/12 20/16
someone's [1]  2/14
something [10]  6/21 10/22
  13/18 13/21 15/21 15/22
  18/4 18/10 21/17 23/4
sometime [2]  14/18 16/20
somewhere [1]  16/8
soon [1]  10/4
sort [3]  3/3 7/24 14/4
speak [1]  18/22
specific [2]  15/10 15/20
specifically [2]  14/7
  16/25
spelled [1]  22/24
spoke [1]  8/22
spring [1]  16/20
St [5]  1/19 1/20 2/4 3/15
  3/24
stage [1]  3/3
standard [1]  9/19
standing [1]  2/24
stands [1]  13/2
state [1]  2/7
stated [2]  8/14 9/18
STATES [7]  1/1 1/3 1/10
  2/3 2/9 7/15 19/10
status [18]  1/9 2/23 3/3
  7/16 8/10 15/6 16/18 16/19
  16/22 17/3 17/4 17/8 17/18
  17/19 18/1 19/15 21/10
  22/19
step [1]  2/6
steps [1]  15/7
still [4]  10/4 10/9 12/10
  18/17
Street [1]  1/14 1/17
subject [1]  14/5
subjective [1]  6/14
submit [1]  4/3
submitted [5]  10/21 13/5
  15/4 19/18 22/22
substantially [1]  20/2
such [2]  16/1 16/1
suggest [4]  6/20 16/19
  18/3 21/16
suggested [2]  4/7 19/1
suggestion [1]  14/18
Suite [1]  1/17
summer [2]  16/20 17/17
sure [5]  2/21 10/20 14/20
  15/12 22/8
surely [1]  10/2
suspect [1]  13/4
symptoms [1]  10/10

## T

take [2]  11/1 11/7
taken [2]  15/7 15/14
taking [4]  17/11 20/19
  20/21 21/19
talk [2]  13/18 16/10

talked [1]  6/10
talking [3]  4/1 4/2 21/3
team [5]  3/17 4/12 6/11
  7/5 12/2
tell [5]  6/21 6/22 7/25
  8/2 12/22
testing [2]  6/13 6/14
than [4]  2/25 3/13 11/18
  20/11
Thank [7]  2/22 8/5 22/25
  23/1 23/2 23/3 23/10
that's [13]  5/1 6/4 7/11
  7/24 8/10 11/22 13/18
  16/23 17/5 18/19 19/13
  22/9 22/14
their [7]  5/8 5/10 5/11
  5/11 6/8 7/3 7/5
them [11]  3/23 3/24 3/24
  4/6 4/6 11/5 11/6 19/8
  19/9 19/10 19/14
then [9]  4/14 4/18 7/13
  7/18 8/22 9/4 14/12 18/3
  19/3
then in [1]  7/13
therapist [3]  3/23 7/7
  14/16
therapists [3]  3/19 3/20
  3/21
there [33]
there's [8]  5/15 12/12
  18/9 18/16 19/5 19/18
  19/21 22/20
they [19]  3/13 5/9 5/16
  5/16 6/3 6/6 6/9 6/15 7/19
  10/7 10/7 10/8 10/10 16/4
  18/6 19/16 21/2 21/7 21/7
they're [1]  7/23
thing [1]  18/12
things [7]  7/8 8/16 11/24
  11/25 12/2 14/23 18/3
think [31]
third [1]  22/20
though [1]  12/8
thought [3]  8/24 15/10
  21/6
three [3]  5/7 5/12 7/19
  8/19 20/19
through [2]  9/17 19/3
throughout [2]  4/16 14/16
time [11]  2/16 3/9 3/12
  4/20 5/24 9/3 13/22 16/4
  18/14 19/4 22/23
times [1]  5/23
tinker [1]  22/21
today [3]  3/1 8/4 10/1
together [1]  3/24
too [1]  14/11
took [1]  2/19
transcript [2]  1/9 24/4
traveled [1]  20/20
treatment [6]  3/16 6/11
  7/4 7/5 15/1 15/17
tried [1]  8/21
true [1]  14/24
try [3]  8/17 15/3 15/14
trying [4]  18/16 18/17
  20/22 23/7
turn [1]  3/18
two [4]  7/8 10/24 16/9
  16/21
typically [1]  4/16

**U**

U.S [3]   1/13 1/23 5/19
ultimately [1]   4/25
unaccompanied [1]   20/18
unconditional [3]   9/25
 12/21 13/3
under [8]   4/13 5/13 5/15
 7/19 9/10 9/12 10/21 13/22
undergoing [1]   17/14
understand [2]   7/2 18/20
uninterrupted [1]   18/8
UNITED [7]   1/1 1/3 1/10
 2/3 2/9 7/15 19/9
unless [2]   6/21 19/16
unnecessary [3]   11/5 11/6
 17/17
until [1]   19/20
untoward [1]   18/10
updated [2]   19/1 19/5
updates [1]   15/7
us [3]   8/4 17/10 18/18
useful [1]   21/6
usually [1]   6/9

**V**

vacated [1]   22/18
variety [1]   7/20
various [2]   7/21 8/24
version [1]   19/18
versus [1]   2/3
very [4]   8/3 8/21 14/4
 23/1
view [2]   3/12 5/25
visits [3]   7/10 12/2 12/5
volunteer [1]   4/10

**W**

wait [2]   16/2 19/20
want [13]   8/1 8/2 12/20
 13/4 13/19 16/7 16/7 16/8
 16/10 16/14 17/3 19/16
 21/7
wanted [3]   2/20 4/23 18/21
wants [1]   14/22
Washington [5]   1/5 1/15
 1/18 1/21 1/25
way [6]   11/22 15/3 15/24
 16/6 17/6 19/8
we [51]
We'll [1]   21/21
we're [5]   2/23 5/2 13/4
 19/23 21/10
We've [2]   11/15 18/13
week [4]   19/20 22/2 22/7
 22/18
weekly [1]   4/2
Weiss [3]   3/21 7/6 13/23
well [12]   7/7 8/20 9/10
 9/12 11/7 13/6 13/12 15/24
 16/21 20/19 21/18 22/4
went [1]   8/23
WESTON [7]   1/13 2/9 2/10
 7/25 8/2 14/13 14/22
what [13]   6/19 6/24 7/25
 8/10 8/17 9/24 10/6 12/16
 15/7 16/13 16/14 19/14
 20/7
what's [1]   18/17
whatever [1]   15/17
whatever's [1]   22/11

whatsoever [2]   4/12 9/11
when [1]   14/19
where [5]   3/4 4/15 7/11
 7/24 9/16
whereby [1]   15/4
whether [8]   6/25 7/9 7/13
 10/8 10/10 16/22 16/23
 17/11
which [11]   3/6 3/8 5/13
 8/20 10/22 10/23 13/9
 15/25 16/25 20/21 22/24
while [1]   18/16
who [6]   3/21 5/17 5/18
 5/22 6/14 15/8
whoever's [1]   13/7
why [1]   15/18
wife [2]   21/13 21/19
will [21]   2/6 6/20 9/12
 12/1 12/9 12/16 12/22 13/4
 13/10 18/1 18/3 18/3 19/8
 19/10 21/13 21/15 21/16
 22/2 22/19 22/22 23/9
Williamsberg [1]   7/5
Williamsburg [11]   3/9 3/17
 3/21 6/11 6/16 6/24 7/4
 7/8 7/10 12/3 22/23
willing [1]   15/21
wished [1]   4/8
within [1]   17/16
without [2]   17/4 20/21
work [3]   4/11 4/11 5/17
worse [1]   2/25
would [38]
written [2]   10/6 17/24
wrong [2]   3/5 4/18

**Y**

year [3]   3/10 14/18 15/2
years [9]   3/8 5/14 6/4 7/9
 9/17 10/24 11/14 18/8
 18/17
yes [15]   2/15 2/18 9/6
 11/20 12/4 12/7 12/11
 13/25 14/17 14/24 16/12
 17/22 18/25 19/12 20/14
yet [1]   13/10
you [41]
you'll [2]   17/22 19/9