# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 81-306 (PLF)** |
| v. ) | |
| ) | **UNDER SEAL** |
| **JOHN W. HINCKLEY, JR.** ) | |

## NOTICE OF FILING OF GOVERNMENT EXPERT REPORTS AND GOVERNMENT'S RESPONSE TO DEPARTMENT OF BEHAVIORAL HEALTH'S RECOMMENDATION FOR MODIFICATIONS TO DEFENDANT'S CONVALESCENT LEAVE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits to the Court the attached October 16, 2018, Independent Forensic Psychiatric Evaluation of John W. Hinckley, Jr., by Dr. Raymond Patterson and October 22, 2018, Independent Forensic Psychological Evaluation by Dr. Mitchell Hugonnet as well as the Violence Risk Assessment Update of July 27, 2018, completed by Dr. Samantha Benesh, on behalf of the Department of Behavioral Health (DBH).. The Government also responds to DBH's August 2018 recommendation for modifications to the conditions of Mr. Hinckley's convalescent leave to reside in the community with his mother, receive outpatient treatment from various providers in Williamsburg, Virginia and undergo continued monitoring by DBH's Forensic Outpatient Department (FOPD) in Washington, D.C.

Drs. Patterson, Hugonnet, and Benesh all conclude that Mr. Hinckley remains mentally stable, compliant with treatment and with the current conditions of his convalescent leave. They all agree that modifications to Mr. Hinckley's conditions of convalescent leave are appropriate. Accordingly, pursuant to Condition 32 of this Court's July 27, 2016, Order of convalescent leave, the parties met and have agreed to the proposed modifications to Mr. Hinckley's convalescent

leave.  Further, the parties have drafted and agreed upon the attached Consent Order for said modifications and hereby submit the proposed order to the Court for review.

        Respectfully submitted,

        Jessie Liu
        United States Attorney
        D.C. Bar #472845

        *Kacie Weston*
        Assistant United States Attorney
        Maryland Bar
        555 4th Street N.W.
        Washington, D.C. 20530
        202-252-7509
        Kacie.Weston@usdoj.gov