UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:81-cr-00306 (PLF) |
| ) | |
| JOHN W. HINCKLEY, JR., ) | |
| ) | |
| Defendant / Petitioner. ) | |

**RESPONSE TO ORDER OF THE COURT OF JANUARY 11, 2019**
**AND WITHDRAWAL OF OBJECTIONS**

Mr. Hinckley, by his counsel, without waiving his position on patient privacy and privilege, withdraws his objections to filing the redacted expert reports of Drs. Samantha Benesh, Mitchell Hugonnet, and Raymond Patterson.

Dated: February 13, 2019                           Respectfully submitted,

                                              /s/  Barry Wm. Levine
                                         Barry Wm. Levine (DC Bar No. 143784)
                                         Blank Rome LLP
                                         1825 Eye Street NW
                                         Washington, DC  20006
                                         Telephone:  (202) 420-2237
                                         Facsimile:  (202) 379-9326
                                         levineb@blankrome.com

                                         *Counsel for John W. Hinckley, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2019, I caused the foregoing *Response To Order Of The Court Of January 11, 2019 And Withdrawal Of Objections* to be filed electronically through the Court's CM/ECF system, which will provide notification of such to all counsel of record.

        /s/  Barry Wm. Levine
        Barry Wm. Levine (DC Bar No. 143784)