UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



MAR 0 1 2019

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA )
                                        )
                                        )
                                        )
v.                              )     Criminal No. 81-0306 (PLF)
                                          )
JOHN W. HINCKLEY, JR.,          )
                                        )
       Defendant / Petitioner.    )
                                        )

## ORDER

On November 19, 2019, the Court issued a Minute Order directing the parties to file on the public docket redacted versions of three exhibits [Dkt. Nos. 661-3, 661-4, 661-5] that were filed under seal on November 15, 2018. The three exhibits that were filed under seal are: (1) the Independent Forensic Psychiatric Evaluation of John W. Hinckley, Jr. by Dr. Raymond Patterson; (2) the Independent Forensic Psychological Evaluation by Dr. Mitchell Hugonnet; and (3) the Violence Risk Assessment Update of John W. Hinckley, Jr. by Dr. Samantha Benesh.

In response to the Court's Minute Order, the United States [Dkt. No. 667] and the Department of Behavioral Health ("DBH") [Dkt. No. 668] moved for leave to file under seal their attached notice of filing of their redacted expert reports. Attached to their sealed motions, the United States and DBH filed – also under seal – the proposed redacted versions of their expert reports. The Court granted by Minute Order the United States' and DBH's motions for leave to file under seal on December 20, 2018 and January 8, 2019, respectively. Accordingly, all three expert reports – in their proposed redacted form – and their respective notices of filing were filed under seal on the docket [Dkt. Nos. 669, 670].

Mr. Hinckley's counsel, Mr. Levine, then objected by email to the filing of the three reports – as redacted by the United States and DBH – on the public docket. In response, the Court ordered [Dkt. No. 672] Mr. Levine to submit a memorandum of law presenting his legal arguments as to why redacted versions of the expert reports should not be filed on the public docket. On February 13, 2019, Mr. Hinckley, through counsel, withdrew [Dkt. No. 673] his objections to the filing of the redacted expert reports.

Subsequently, counsel for the United States submitted by email to the Court updated versions of the expert reports that incorporated additional redactions requested by Mr. Levine, which the United States did not oppose. Counsel for DBH also represented by email that it consented to the proposed redactions as agreed between the United States and counsel for Mr. Hinckley. Thus, it appears that all parties have reached agreement as to the final redacted versions of the expert reports.

Accordingly, it is hereby

ORDERED that the parties shall file the updated redacted reports by Dr. Patterson, Dr. Hugonnet, and Dr. Benesh on the public docket on or before March 15, 2019.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 3\1\19