# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 81-306 (PLF)** |
| v. ) | |
| ) | |
| **JOHN W. HINCKLEY, JR.** ) | |

## GOVERNMENT'S MOTION FOR STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Court set a status conference in this case in order to address the recommendations in the Department of Behavioral Health's August 21, 2020 letter to the Court. In order to fully evaluate DBH's recommendations the Government needs to subpoena the documents referred to in the letter to the Court and cannot do so until a status date has been set. Once the documents have been received, the Government will be in a better position to inform the Court and counsel of its position on the recommendations. The Government has discussed this request with defense counsel and he has no objection. Accordingly, the Government requests that a status conference be set in late September to allow the government to subpoena Mr. Hinckley's DBH records.                `.

Respectfully submitted,

Michael R. Sherwin
Acting United States Attorney
NY Bar #4444188

*Kacie Weston*
Assistant United States Attorney
Maryland Bar
555 4th Street N.W.
Washington, D.C. 20530
202-252-7509
Kacie.Weston@usdoj.gov