# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:81-cr-00306 (PLF) |
| ) | |
| JOHN W. HINCKLEY, JR., ) | |
| ) | |
| Patient/Petitioner. ) | |

## NOTICE OF REQUEST TO SET STATUS CALL
## PER COURT ORDER OF OCTOBER 28, 2020

The patient, by his counsel, respectfully requests that this Court set a date for a status call as contemplated by the Court in its Order dated October 28, 2020. The patient has no objection to the status call being held by electronic means.

The aforesaid Court Order states that a status call should be set seven months from its entry. That would put the date at the end of May, 2021. Counsel for the patient has conferred with the AUSA who has stated that the government has no objection to such scheduling.

Counsel for the patient respectfully requests that the status call be advanced to the earliest date convenient for the Court. Counsel for the government does object to that. The purpose of the patient's request is to try to advance a hearing (if one is necessary) for an unconditional release. The Court has received letters from the DBH by which the Court has been advised of the decline in Mrs. Hinckley's health. It is our hope that an order for Mr. Hinckley's unconditional release might be entered while Mrs. Hinckley can appreciate it. Moreover, the DBH Review Board has had ample opportunity to assess Mr. Hinckley's mental health in light of his experiences pertaining to the display and sale of his art and music. The letters and reports

reveal emphatically that his health remains as sound today as it has been for approximately 30 years.

WHEREFORE, the patient respectfully requests that a status call be set at the earliest time available to the Court.

Dated:  April 8, 2021                                                    Respectfully submitted,

                                                    /s/  Barry Wm. Levine
Barry Wm. Levine (DC Bar No. 143784)
Blank Rome LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2237
Facsimile:  (202) 379-9326
blevine@blankrome.com

*Counsel for John W. Hinckley, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2021, I caused the foregoing *Notice Of Request To Set Status Call Per Court Order Of October 28, 2020* to be filed electronically through the Court's CM/ECF system, which will provide notification of such to all counsel of record.

        /s/  Barry Wm. Levine
        Barry Wm. Levine (DC Bar No. 143784)