# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No. 81-306 (PLF) |
| v. | : | |
| | : | |
| **JOHN W. HINCKLEY, JR.** | : | |

## ORDER

Upon consideration of the government's motion to permit its expert to conduct a mental examination of Mr. Hinckley, conduct collateral interviews and to review records and materials in possession of the Department of Behavioral Health concerning Mr. Hinckley, it is this __6th__ day of May, 2021,

**ORDERED** that Dr. Mitchell Hugonnet, may conduct such examination of John W. Hinckley, Jr., as he deems appropriate in order to determine Mr. Hinckley's present mental condition and risk of dangerousness, if any, if unconditionally released from his commitment.

**IT IS FURTHER ORDERED** that Dr. Hugonnet may conduct collateral interviews of Mr. Hinckley's treatment providers and others as he deems appropriate in order for him to make a determination regarding Mr. Hinckley's present mental condition and risk of dangerousness, if any, if unconditionally released from his commitment.

**IT IS FURTHER ORDERED** that Dr. Hugonnet may bring and use audio recording devices and laptop computers during his examination.

**IT IS FURTHER ORDERED** that the Department of Behavioral Health shall cooperate with Dr. Hugonnet's request for collateral interviews.

_____
PAUL L. FRIEDMAN
United States District Judge