UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 81-0306 (PLF) |
| JOHN W. HINCKLEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

An evidentiary hearing in this case is scheduled to begin at 10:00 a.m. on September 27, 2021. The hearing will take place in Courtroom 29 in the courthouse Annex. The Court hereby notifies the parties that the following procedures and restrictions will govern the proceeding, consistent with the practices outlined in Appendices 7 and 8 of the Continuity of Operations Plan During the COVID-19 Pandemic. See CONTINUITY OF OPERATIONS PLAN DURING THE COVID-19 PANDEMIC (July 15, 2020), available at: https://www.dcd.uscourts.gov/coronavirus-covid-19-response-information-and-announcements; id., Appendix 7 (updated Oct. 27, 2020); id., Appendix 8 (updated Mar. 4, 2021).

1. All participants must wear face masks covering the mouth and nose throughout the entire proceeding, except as directed by the Court. The Court may provide testifying witnesses or other participants with a clear protective facial mask. See Appendix 7 ¶ 4; Appendix 8 ¶ 2(c)(iv). Participants are reminded that, pursuant to Standing Order No. 21-42, all persons visiting the courthouse must wear a face mask covering their nose and mouth while in public areas of the courthouse. In Re: Updated Access Restrictions and Masking Protocols during the COVID-19 Pandemic, Standing Order No. 21-42 (BAH)

(July 15, 2021), at 4-5, available at: https://www.dcd.uscourts.gov/coronavirus-covid-19-response-information-and-announcements.

2. The number of individuals in the courtroom will be limited to the minimum necessary. Each party may have a maximum of three individuals seated at counsel table. A maximum of seven individuals may be seated on each side of the gallery in a physically distanced manner. Counsel should notify the Court via email to the courtroom deputy clerk if they wish for any individual other than counsel, the defendant, and witnesses to attend the proceeding. See Appendix 7 ¶¶ 5(b), 5(d)-(e).

3. All participants must remain at or near their assigned places throughout the proceeding, except as directed by the Court. See Appendix 8 ¶ 2(c)(v). Attorneys shall use the microphones at counsel table when speaking and shall not move away from their assigned places at counsel table unless the Court authorizes them to do so. If the Court recesses for a break, all participants must return to the seat they occupied prior to the break.

4. Witnesses presenting live testimony will wait in witness rooms located adjacent to the courtroom prior to testifying. The courtroom deputy clerk will show counsel the locations of the witness rooms the morning of the hearing. Counsel will be responsible for directing their witnesses to the witness rooms when the witnesses arrive, and for retrieving their witnesses from the witness rooms when it is time for the witnesses to testify.

5. Witnesses will testify from the jury box, not from the witness stand. Witnesses must remain seated while testifying. The proponent of a witness will be responsible for cleaning the witness seating area and microphones with court provided disinfectant wipes before and after each witness testifies. The proponent of a witness must place any materials they

wish the witness to reference, including copies of exhibits, in the witness seating area before the witness is seated in the jury box.

6. Any individual who has tested positive for COVID-19, is experiencing symptoms consistent with COVID-19, or learns of exposure to an individual who has tested positive for the COVID-19, should not come to the courthouse and should contact the courtroom deputy clerk for further instructions. If during the proceeding any participant experiences symptoms consistent with COVID-19 or learns of exposure to an individual who has tested positive for COVID-19, that person should notify the courtroom deputy clerk immediately. See Appendix 7 ¶ 6; Appendix 8 ¶ 2(c)(i)-(iii).

7. The Court understands from the parties' representations at the status conference on June 3, 2021 that the parties expect the evidentiary hearing to be completed in no more than three days. The Court accordingly has made arrangements for a three-day proceeding. The parties are directed to notify the Court by joint status report if they believe additional time will be needed.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: September 8, 2021