UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 81-306 |
| v. | : | (PLF) |
| | : | |
| JOHN HINCKLEY, JR. | : | |

## GOVERNMENT'S STATUS REPORT

The United States of America, through its attorney, the United States Attorney for the District of Columbia, in compliance with the September 30, 2021 Consent Order for Mr. Hinckley's unconditional release from his D.C. Code §24-501commitment, hereby submits a status report regarding its position on Mr. Hinckley's unconditional release.

Following the issuance of the September 30, 2021 Consent Order, Mr. Hinckley continued to reside in the community on convalescent leave.  Pursuant to that Order, the Department of Behavioral Health submitted status letters to the Court and Counsel each month.[1] Each of those letters indicated that Mr. Hinckley remained in compliance with the conditions of his release and his mental health treatment and that he remained mentally stable.   The most recent letter submitted for the period of March 31, 2022, through May 1, 2022, indicates that:

1. As documented in the last seven monthly reports to Court, Mr. Hinckley has continued to comply with all conditions set forth in the October 28, 2020 Consent Order.

2. Mr. Hinckley's mental health has remained stable. He has not reported or exhibited any psychiatric symptoms consistent with a mood, anxiety, or psychotic disorder during this seven-month period. Mr. Hinckley's psychiatric illness has been in full and sustained remission for decades.

3. Characteristics associated with his narcissistic personality disorder, for example self-absorption and grandiosity, continues to be significantly attenuated compared to observations made in

---

[1] November 2021, December 2021, January 2022, February 2022, March 2022, and April 2022.

the 1980s.

4. Mr. Hinckley has made no verbal threats, and he has exhibited no behaviors indicative of harm to himself, others, or the property of others. He has exhibited no disruptive or problematic behaviors.

5. Mr. Hinckley has remained adherent to his medication regimen, attended group therapy, and sought support from professionals as situations arose. He has expressed a desire to continue to utilize these professional services after his anticipated Unconditional Release in June 2022.

6. It continues to be DBH's opinion Mr. Hinckley has recovered his sanity such that he does not present a danger to himself or others because of mental illness if unconditionally released on June 15, 2022.

The Government has reviewed all of the letters submitted by the Department of Behavioral Health documenting Mr. Hinckley's ongoing mental stability, compliance with recommended treatment and absence of violations of the conditions of release.   As such, the Government has found no evidence to suggest that Mr. Hinckley's unconditional release should not be granted as outlined in the September 30, 2021, Consent Order.

Respectfully submitted,

Matthew Graves
United States Attorney
DC Bar #481-052

*Kacie M. Weston*
Kacie M. Weston
Assistant United States Attorney
Maryland Bar
601 D Street N.W.
Washington, D.C. 20530
202-252-7509
Kacie.Weston@usdoj.gov